**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| BRIVAS II LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No. 3:26-cv-3154<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Brivas II LLC ("Brivas"), by and through its undersigned counsel, hereby files this Complaint for Patent Infringement and Damages against Defendant Match Group, Inc. ("Match Group" or "Defendant"), and, in support, alleges the following:

## THE PARTIES

1. Brivas II LLC is a Delaware limited liability company with its principal place of business at 848 N. Rainbow Blvd, 5254, Las Vegas, NV 89107. Brivas holds patents for authenticating a user to a server through requested acts and relative movements.

2. Match Group is a corporation duly organized and existing under the laws of the State of Delaware, with headquarters in this District and a principal place of business at: 8750 North Central Expressway, Suite 1400, Dallas, Texas 75231.

3. Match Group holds itself out to be a leading provider of technologies to help people make connections through its numerous brands including: Hinge, Inc. ("Hinge"); Match Group Americas, LLC d/b/a BLK and Upward; Match Group FinanceCo 2, Inc.; Match Group FinanceCo 3, Inc.; Match Group Holdings I, LLC; Match Group Holdings II, LLC; Plentyoffish

Media ULC ("Plenty of Fish"); and Tinder LLC ("Tinder"). *See* Ex. 9, MatchGroup, Inc. 2025 10-K ("Our global portfolio of brands includes Tinder, Hinge, Match, Meetic, OkCupid, Pairs, Plenty of Fish, Azar, BLK, and more"). Match Group also acquired the dating application OkCupid in 2011. *See* Ex. 10, https://www.prnewswire.com/news-releases/iacs-matchcom-acquires-okcupid-115090674.html (On February 2, 2011, Defendant "announced that it has acquired OkCupid, the U.S. online dating company, for $50 million in cash.").




Ex. 9, Match Group Inc. 2025 10-K (showing Defendant's control of subsidiary dating applications such as Tinder, Hinge, Plenty of Fish, OkCupid, BLK, Upward and others).

4. Match Group does business in Texas and in this District, directly and/or through its subsidiaries and/or brands, intermediaries, facilities, partners, applications, and others.

## JURISDICTION AND VENUE

5. Jurisdiction and venue for this action are proper in this District.

6. This action for patent infringement arises under the patent laws of the United States, 35 U.S.C. § 101 et seq. This Court has original subject matter jurisdiction over this controversy pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this is a civil action arising under the Patent Act.

7. Venue is proper in the Northern District of Texas pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b).

8. This Court has personal jurisdiction over Defendant at least because Defendant's own acts and through the acts of the others acting as its agent, representative, or alter ego (i) has a presence or a regular and established place of business in the State of Texas and this District; (ii) has purposefully availed themselves of the rights and benefits of the laws of the State of Texas and this District; (iii) has done and are doing substantial business in the State of Texas and this District, directly or through intermediaries, both generally and with respect to the allegations in this Complaint, including their one or more acts of infringement in the State of Texas and this District; (iv) maintains continuous and systematic contacts in the State of Texas and this District; and (v) places products alleged to be infringing in this Complaint in the stream of commerce, directly or through intermediaries, with awareness that those products are likely destined for use, offered for sale, sold, and imported into the State of Texas and this District. For example, Defendant has derived substantial revenues from their infringing acts occurring within the State of Texas and this District.

9. Defendant has established sufficient minimum contacts with the State of Texas and this District such that they should reasonably and fairly anticipate being brought into this

Court in the State of Texas and this District without offending traditional notions of fair play and substantial justice, and Defendant has purposefully directed activities at residents of the State of Texas and this District.

10. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b) because Defendant is subject to personal jurisdiction in this District and has committed acts of infringement in this District. Defendant, through its own acts and through the acts of its subsidiaries, representatives, or alter egos, makes, uses, sells, and offers to sell infringing products within this District, has a continuing presence within this District, and has the requisite minimum contacts with this District such that venue is proper.

11. Match Group maintains its headquarters and principal executive offices at 8750 North Central Expressway, Suite 1400, Dallas, Texas 75231. *See* Ex. 11, Match Group, Inc. May 6, 2026, SEC Form 10-Q, at 1.

12. Further, Tinder, Match Group Americas d/b/a BLK and Upward, and Match Group, LLC share the same regular and established place of business as Match Group at 8750 N. Central Expressway, Suite 1400, Dallas, TX 75231. *See* Ex. 12, https://policies.tinder.com/terms/intl/en/ ("Business Address: The Company's business is conducted, in part, at 8750 N. Central Expressway, Suite 1400, Dallas, TX 75231"); *id.* ("these Terms of Use apply between you and: Tinder LLC ("Tinder") 8750 North Central Expressway, Suite 1400 Dallas, TX 75231, USA"); *see also* Ex. 13, https://mtch.com/the-privacy-policy-for-candidates-contractors-vendors-and-other-third-parties/ (Match Group Americas); Ex. 14, https://www.bbb.org/us/tx/dallas/profile/online-dating-services/match-group-americas-llc-0875-21002176 (Match Group Americas). In prior litigation, MatchGroup, LLC represented that its

principal place of business is located at 8750 N. Central Expressway, Suite 1400, Dallas, Texas 75231. *See Match Group LLC v. Muzz Limited*, No. 6:23-cv-00213 (W.D. Tex.), Complaint, ¶1.

13. Additionally, Match Group has submitted to venue and the exercise of personal jurisdiction in this District in patent infringement actions previously filed by other parties. *See Malikie Innovations Ltd. v. Match Group, Inc. d/b/a OKCupid.com and Tinder.com*, Case No. 3:25-cv-00381 (N.D. Tex. Oct. 10, 2025); *see also e-Beacon LLC v. Match Group Inc.*, Case No. 3:25-cv-00523 (N.D. Tex. Mar. 28, 2025).

## BRIVAS' TECHNOLOGY & THE ASSERTED PATENTS

14. Brivas is a research-and-development and software-development firm focused on next-generation, password-less biometric authentication. Brivas is an acronym for "Biometric Relative Identity Verification Authentication System."

15. Brivas was founded in 2012 and focused on developing advanced online identity assurance detection. Based on its research and development efforts, Brivas was awarded a number of patents..

16. Brivas' patented technologies relate to a range of novel applications of camera-based biometric authentication and identification using relative movement for robust liveness detection, as well as methods that decentralize the authentication and identification process through bio-signature key-binding.

17. In October 2025, Brivas expanded its portfolio through a patent acquisition from 3Fish Ltd., to complement its ongoing efforts to develop robust, spoof-resistant remote identity verification. U.S. Patent Nos. 9,602,495 (the "'495 Patent") and 10,587,601 (the "'601 Patent") generally relate to automated identity-assessment technologies that verify a live human is present by issuing prompted actions, capturing the user's on-screen performance on video, and using

automated gesture-recognition (and, in the ’601 Patent, facial-recognition) systems to determine whether the user validly performed the prompted actions.

18. On March 21, 2017, the United States Patent and Trademark Office (“USPTO”) issued U.S. Patent No. 9,600,649 (the “’649 Patent”), entitled “Authentication method using liveness verification,” invented by Beau Roberton Parry and Yasodekshna Boddeti and assigned to Brivas. A true and correct copy of the ’649 Patent is attached hereto as Exhibit 1.

19. On March 21, 2017, the USPTO issued U.S. Patent No. 9,602,495 (the “’495 Patent”), entitled “Automated Identity Assessment Method and System,” invented by Jeremy Wyn-Harris and assigned to 3Fish Limited. Brivas acquired 3Fish Limited’s patent portfolio, including the ’495 Patent in October 2025. A true and correct copy of the ’495 Patent is attached hereto as Exhibit 2.

20. On August 22, 2017, the USPTO issued U.S. Patent No. 9,740,848 (the “’848 Patent”), entitled “Authentication method using relative movement,” invented by Beau Roberton Parry and Yasodekshna Boddeti and assigned to Brivas. A true and correct copy of the ’848 Patent is attached hereto as Exhibit 3.

21. On August 14, 2018, the USPTO issued U.S. Patent No. 10,049,203 (the “’203 Patent”), entitled “Method and apparatus for authentication of a user to a server using relative movement,” invented by Beau Roberton Parry and Yasodekshna Boddeti and assigned to Brivas. A true and correct copy of the ’203 Patent is attached hereto as Exhibit 4.

22. On February 18, 2020, the USPTO issued U.S. Patent No. 10,565,362 (the “’362 Patent”), entitled “Method and apparatus for authentication of a user to a server using relative movement,” invented by Beau Roberton Parry and Yasodekshna Boddeti and assigned to Brivas. A true and correct copy of the ’362 Patent is attached hereto as Exhibit 5.

23. On March 10, 2020, the USPTO issued U.S. Patent No. 10,587,601 (the "'601 Patent"), entitled "Automated Identity Assessment Method and System," invented by Jeremy Wyn-Harris and assigned to 3Fish Limited. Brivas acquired 3Fish Limited's patent portfolio, including the '601 Patent in October 2025. A true and correct copy of the '601 Patent is attached hereto as Exhibit 6.

24. On February 8, 2022, the USPTO issued U.S. Patent No. 11,245,693 (the "'693 Patent"), entitled "Method and apparatus for authentication of a user to a server using relative movement," invented by Beau Roberton Parry and Yasodekshna Boddeti and assigned to Brivas. A true and correct copy of the '693 Patent is attached hereto as Exhibit 7.

25. On August 27, 2024, the USPTO issued U.S. Patent No. 12,074,869 (the "'869 Patent"), entitled "Method and apparatus for authentication of a user to a server using relative movement," invented by Beau Roberton Parry and Yasodekshna Boddeti and assigned to Brivas. A true and correct copy of the '869 Patent is attached hereto as Exhibit 8.

26. The '649, '495, '848, '203, '362, '601, '693, and '869 Patents (collectively the "Asserted Patents") claim patent-eligible subject matter. The claims detail specific, technical ways to solve real, documented problems in networked identity verification and remote authentication. They are non-abstract and introduce authentication concepts that were not well understood, routine, or conventional. They offered new technology that went beyond what was routine at the priority dates of the Asserted Patents.

27. Before the Asserted Patents, networked authentication systems generally confirmed identity with static information like a password, token, or a single photograph checked against a stored image. These methods assumed that whoever supplied the credential was the real, living user. Each was insufficient for the same reason: a static credential is a fixed,

reproducible data point that can be captured, copied, and replayed without a real, living user. This has been a problem that has drastically increased in recent years as Artificial Intelligence (AI) systems have markedly improved in sophistication. AI systems can generate millions of requests to create accounts so that they can be used for various, often nefarious, purposes.

28. Relying on static information failed for a structural reason: every static credential is a fixed, reproducible data point, so verifying the credential proves only that the data point was supplied, not that a real, living person supplied it. A password or token shows only that the static information was entered or held and does not show that the enrolled person is present, or even that a person is present at all. Because the information is static, it can be captured once and reused at will: a thief who phishes, keylogs, intercepts, or breaches a password can replay it, and whoever replays it is authenticated as the user. Indeed, a text-based user-ID and password combination "provides no means for an assessing user to verify that an entity has not compromised the authorized user's account." '495 Patent at 2:14-19. Layering measures such as security questions, mailed code sheets, and time-synchronized code generators do not cure these defects and are "not fail-safe as they all rely on the user taking precautions ... or preventing theft of the physical code devices." *Id.* at 2:58-61.

29. Performing additional checks like capturing an image and comparing it to a stored image were also insufficient to address the problem of confirming whether a real, live person was present. Comparing a captured image to a stored one does not solve the problem of determining liveness because a photograph is itself a static, copyable artifact. A match confirms that two images correspond but does not confirm whether a live person generated the submitted image at the moment of authentication. A printed photograph, a picture replayed on a screen, or

a composited or synthetic video can therefore satisfy the check as profile and identity images "are not accurate representations or may even be of another person entirely." *Id.* at 1:60-2:6.

30. The Asserted Patents identified and solved the limitations of prior technologies through a determination grounded in live, sensor-measured movement that "can mitigate attempted spoofing by using a 2-dimensional image of a user," and video-based prior systems had to be actively policed "to prevent an imposter from making pre-recordings ... and then providing the pre-recordings to the server in place of a 'live' webcam recording." *See e.g.,* '203 Patent at 18:62-19:33; '495 Patent at 26:53-60. The common failure is the same across passwords, tokens, and stored images: the server receives a value that a legitimate user once produced, but it has no reliable way to tell a live, present person from a static or replayed representation of that person. That gap produces repeated spoofing and impersonation that the industry still measures today in fraud that live, three-dimensional liveness detection is deployed specifically to defeat.

31. The biometric authentication industry has struggled with this vulnerability for decades. Spoofing attacks against biometric authentication systems range from simple photos and masks to attacks that tamper with captured data or hijack a device's camera feed to inject fabricated video. *See* Ex. 15, https://www.liveness.com/. Presentation-attack testing by the U.S. National Institute of Standards and Technology (NIST) found that no two-dimensional liveness algorithm reliably stopped even basic presentation attacks, finding that across dozens of tested algorithms and were insufficient to accurately determine liveness. *Id.* NIST warned that attackers were shifting to "injection attacks," the direct electronic introduction of a digital image or video into the capture pipeline, which on personal devices is difficult to distinguish from a genuine camera. *Id.*

32. The weakness in available technologies was confirmed by additional technology groups. In its 2022 Remote Identity Proofing — Attacks & Countermeasures analysis, the European Union Agency for Cybersecurity identified deepfake puppets and video injections as viable and under acknowledged attack vectors. *Id.* Further, researchers at Pennsylvania State University, Zhejiang University, and Shandong University demonstrated that server-side-only liveness checks cannot confirm that a real camera is capturing a live face, so replayed or injected images fool the system entirely. *Id.*

33. Match Group confirmed the difficulty with solving this problem before it incorporated the technology of the Asserted Claims into its products. When Match Group announced the nationwide rollout of accused Face Check in October 2025, Yoel Roth (head of Trust & Safety at Match Group), described the feature as tackling "one of the hardest problems online, knowing whether someone is real, in a way that feels seamless and effective for real users, while adding meaningful obstacles that are difficult for bad actors to circumvent." Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety. Match Group reported that Face Check produced a more than 60% decrease in user exposure to bad actors, and a more than 40% decrease in bad actor reports following its rollout. *Id.* Thus, Defendant Match Group itself confirms this was one of the hardest problems on the internet to solve and its numbers show the importance of addressing this problem. That is concrete evidence that the problems addressed by the '649, '848, '203, '362, '693, and '869 Patents was real, and their technical advancements were not well understood, routine, or conventional at the priority date.

34. The Asserted Patents address these limitations through implementation of their unconventional liveness determination. The Asserted Patents describe and claim multiple

different technologies that address and solve the problem of determining whether there a real, live user is present.

35. The Asserted Claims from the ‘649, ’848, ’203, ’362, ’693, and ’869 Patents include techniques that verify that a live human is present by including technology that allows a device to measure the user’s actual physical movement and cross-check it against the device’s own motion sensors. The ‘495 and ’601 Patents verify liveness by issuing machine-generated challenges and judging whether the user’s live, on-screen response matches the challenge. Both families reject the common static-credential authentication in favor of an unconventional live, device-mediated test of human presence.

36. For the ‘649, ’848, ’203, ’362, ’693, and ’869 Patents, rather than comparing a photo to a stored image, the claims include different techniques allowing a device to confirm that a real, physical movement occurred. These patents solved this problem with an invention that, unlike prior methods, was designed to “bind man and machine” to effectuate the remote authentication. ’869 Patent at 4:58-61. These patents arise from a continuation family with an early April 9, 2012, priority date and share a common specification.

37. For example, Claim 1 of the ’649 Patent recites a specific, ordered combination of steps for robust liveness detection. An authentication request of a user is sent to a server and an instruction is sent back to the user to perform a relative movement act for the camera. Using the camera, the act is observed and “fiducial marks” are captures before and after the movement requested. The obtained information is transmitted the server in real time where the server determines whether the requested act was performed. The data is used to determine whether the requested movement happened, whether a live user is present, before authorizing access to a

resource. The server only authorizes access if the transmission verifies the "liveness" of the movement. '649 Patent, Claim 1; '869 Patent, Claim 1.

38. Claims of the '649, '848, '203, '362, '693, and '869 Patents include specific, inventor-defined technical concepts that were new to the art at the priority date, including, for example, technology surrounding the specific use of "fiducial marks," or, in later patents in this family, "fiducial points." A fiducial mark or fiducial point is a defined, trackable feature captured on the user's face, such as "eye locations, nose location, ear locations, facial measurements, and the like." '869 Patent at 19:26-27. They are recorded before and after a commanded movement. '649 Patent, Claim 1. And they are used to determine whether a real physical movement occurred. '362 Patent, Claim 1.

39. Claims of the '649, '848, '203, '362, '693, and '869 Patents also include specific users of contextual data that is likewise specifically defined. This contextual data includes data such as the user's geographical location, the time since the user's last successful authentication, or the distance between the user's current and prior locations. '869 Patent, Claim 8. The specification illustrates the improvements provided by this type of data: "a user of a user device may power down a user device during a plane flight. Upon arriving at the destination, the user device will be powered up. The distance between the particular geographic location of the user device upon power down and the particular geographic location of the user device upon power up can be assessed." '869 Patent at 11:37-46. And if the distance is beyond a determined threshold, the user device may require authentication before providing access. *Id*. The specification of the '649, '848, '203, '362, '693, and '869 Patents similarly explains that captured locational information can be compared against an expected location, and if the image was not captured near that expected location, authentication will not succeed. *Id.* at 10:54-56.

40. These concepts were not well understood, routine, or conventional at the priority date and addressed long standing issues with respect to verifying users. The claims do not rely on terms like "movement" or "location" but instead are built an entire architecture defining exactly what counts as a fiducial mark, a fiducial point, and contextual data for purposes of these claims.

41. The '649 Patent includes in its claims novel technologies related to the transmission of an authentication request to a server and the device receives in response a server instruction for the user to perform an act. The act involves movement between the user and a camera such that the device captures fiducial marks before and after that movement and sends this data to the server in real time. The server verifies whether the requested movement was conducted and the device then receives authorization if the transmission verifies liveness. '649 Patent, Claim 1.

42. The '848 Patent includes in its claims novel technologies that add a layer of device-side control. The server's instruction asks the device to carry out a "procedure." The procedure is the specific, device-executed routine that determines what physical act needs to occur. The device observes the act and captures the fiducial marks before and after. '848 Patent, Claim 1. The patent defines "procedure" with specific content, including in its dependent claims. A procedure may require the device to illuminate a color during the live capture, generate a flash, request a gesture, or cause a flash at a defined angle, alone or in combination with other procedures. *Id.*, Claims 2-7.

43. The '203 Patent and the '362 Patent each claim novel technologies related to a device "executing a procedure that requests the user to perform an act." '203 Patent, Claim 1; '362 Patent, Claim 1. But while the '203 Patent claims real-time transmission of the captured fiducial points to the server for verification, the '362 Patent adds that the captured fiducial points

must form "a set of captured fiducial points from which the performance by the user of the act can be determined." '362 Patent, Claim 1. In other words, the '362 Patent does more than capture and send the data. It requires that the points captured be enough, on their own, to show whether the user really did the act.

44. The '693 Patent claims add novel technologies related to the back end of the process of determining liveness by deciding whether the recording shows the act was performed live, authenticating the user based on that decision, and giving the user access to a resource. '693 Patent, Claim 1. The '869 Patent adds three distinct limitations: (i) the user's biometric information to match a stored baseline for that person; (ii) separately captured contextual data, like location or timing, to match what is expected for that user; and (iii) that the requested act is chosen from a set of predefined acts. '869 Patent, Claims 1, 13.

45. The claims of the '649, '848, '203, '362, '693, and '869 Patents require more than the collection of simple movements or basic data but instead include technologies that provide robust liveness detection. The '869 Patent's dependent claims show a range of specific, independently claimed acts the device must observe and verify. For example, a color may be illuminated while the camera records the act. '869 Patent, Claim 2. The device may generate a flash at a location while the camera records the flash. *Id.*, Claim 3. A gesture may be performed while the camera records it. *Id.*, Claim 4. A flash may be caused at a certain angle relative to the camera while the camera records it. *Id.*, Claim 5. A gesture may be performed while a flash is caused at the same time, with the camera recording both. *Id.*, Claim 6. Each of these is a distinct, defined technical limitation. These concepts as implemented into the '649, '848, '203, '362, '693, and '869 Patents' new authentication architecture were not well understood, routine, or conventional at the priority date. Rather than claiming a single generic liveness check, the

patents separately and independently claimed several distinct physical verification mechanisms, each with its own defined set of technical requirements. Thus, the claims recite not a mere result but a specific way of achieving it, which is the hallmark of an eligible improvement in computer functionality rather than an abstract idea.

46. The claims of the '649, '848, '203, '362, '693, and '869 Patents also include technologies related to defining when authentication is required, which improves the efficiency of the computer systems that they are used in. The system can determine when authentication is required based on specific conditions. *Id.*, Claim 7. They include the user's geographical location, the time since the user's last successful authentication, or the distance between the user's current location and the user's location during the last authentication. *Id.*, Claim 8; *see also* '362 Patent, Claims 8-9; '693 Patent, Claims 7-8. This is a specific, technical definition of "contextual data" within the claims themselves. These concepts were not well understood, routine, or conventional at the priority date. That is, the claims do not merely use contextual data to verify a user after the fact; they use it to determine whether authentication is triggered at all.

47. The claims also cover how the captured data is protected and how access is granted. For example, the '362 Patent claims that the transmitted information is encrypted using the captured fiducial points themselves. '362 Patent, Claim 13. Encrypting the transmitted data using the user's own captured movement data as the key was not a routine or generic encryption technique at the priority date.

48. The inventors of the '649, '848, '203, '362, '693, and '869 Patents explained that "basing the [authentication] determination off of angular movements can mitigate attempted spoofing by using a two-dimensional image of the user." '869 Patent at 19:36-38. In one example, the authentication computing system calculates the angle of light reflected off the user

in the captured image and compares it to a baseline angle. *Id.*, 13:35-37. This angle-based analysis is not merely a specification example; the claims separately disclose that the device causes a flash at an angle relative to the camera while the camera records the flash at that angle. *Id.*, Claim 5. In a separate example, the position of the reflected light source within the image "may change over time," and the specification explains that this rolling-segment approach can increase "the overall security offered by the system." *Id.*, at 13:45-50.

49. None of these technical concepts, either on an element-by-element basis or as an ordered combination, were well understood, routine, or conventional at the priority date. Capturing fiducial marks [or points] before and after a server-commanded movement, verifying that movement using the device's own sensors, and transmitting the result to a server in real time was not a routine or generic way of performing remote authentication. '649 Patent, Claim 1; '848 Patent, Claim 1. Encrypting recorded liveness data using the user's own captured movement data as the key was not a routine or generic encryption technique. '362 Patent, Claim 13. And conditioning authentication on three separate, independent findings together: a biometric match, a live-performance finding, and a "contextual data" match, was not a routine or generic remote authentication architecture. '869 Patent, Claims 1, 13.

50. The '495 and '601 Patents take a different approach to the same core problem. Where the '649, '848, '203, '362, '693, and '869 Patents verify liveness by measuring physical movement by cross-checking the device's own sensors against the movement shown by the captured fiducial points, the '495 and '601 Patents verify liveness by providing a prompt for the user to perform a challenge. A gesture recognition system then checks whether the entity's on-screen performance matches that challenge. Both families thus attack the same static-credential problem with a live, machine-verified test of human presence.

51. With an early priority date of August 2, 2010, the ’495 and ’601 Patents describe that text- and image-based authentication has a specific weakness. It “does not provide visual verification of the registered user, thus providing a means for presenting a fraudulent persona to other users.” ’495 Patent at 2:20-29. There lies a significant risk, especially in the age of A.I., that criminals could “create a network account with false details and pictures and thereby present themselves as having a different appearance or being the same age as potential victims.” *Id.*

52. Industry sources confirm that the marketplace suffered from vulnerability within prompted-action systems and specifically the concept underlying the ’495 and ’601 Patent claims. *See* Ex. 15, https://www.liveness.com/. The literature catalogs “blink, smile, turn head, flashing lights, make random faces, speak random numbers” as weak liveness methods, explaining that these are easy to spoof using high-resolution monitors or virtual camera software. *Id.*

53. As a real-world example, USAA Bank’s own blink-based liveness security was defeated using nothing more than a photo slideshow to unlock a customer’s bank account. *Id.* Independent researchers have separately defeated multiple commercial liveness vendors using free consumer tools, including using a publicly available Instagram filter-creation app to simulate head movement and random color flashing convincingly enough to fool the vendor’s liveness check. *Id.* This was not a marginal or theoretical problem.

54. The ’495 Patent claims solve for these attack vectors in an unconventional manner by assessing an entity against a registered user account, which is stored in a database and includes a baseline set of identifying characteristics for that user. ’495 Patent, Claim 1. This baseline is a “pre-recorded image, video recording and/or stored biometric data of a face.” ’495 Patent at 19:7-9. The control system includes a gesture recognition system. Upon receiving an

access request from the entity, the control system sends the entity a "time-delimited" sequence of "unpredictable prompts" that describe or portray the visible prompted actions to be performed. It records the entity's performance on video and sends that recording to the gesture recognition system. The control system then performs an "automated assessment" of the video recording and generates an assessment signal. The resulting signal returns "a positive or negative indication of whether or not said entity validly performed said prompted action." '495 Patent, Claim 1.

55. This solution was not well understood, routine, or conventional at the priority date. The claims overcome the verification issues the industry faced with using only a static credential or a single stored image by implementing an automated, machine-driven judgment about whether the entity's live, on-screen performance matched an unpredictable set of instructions, tied to a specific registered account's own identifying characteristics.

56. The '495 Patent's dependent claims further expand this unconventional approach by including specific architectural choices about where and how the underlying data is stored and processed. The claims disclose that the video recording is stored in a data store kept separate from the user's account database as "[s]toring the video recording separately to the database in the user data store ensures that if the 'video' data store is somehow accessed by an unauthorized entity, the video recording will not have identifying characteristics related to the accessed user account." *Id.,* Claims 6, 14; *id.* at 17:1-5. This was an unconventional security choice as the conventional choice was to simply store verification data together for convenience.

57. The '601 Patent generally discloses that the control system must include both a gesture recognition system and a facial recognition system that was not conventional or routine. '601 Patent, Claim 1. The control system invokes "at least one unpredictable challenge prompt"

for a "corresponding visible prompted response action." It then captures a video recording of the entity's performance such that "an automated assessment of said recording using the gesture recognition system and facial recognition system" can be done. The automated assessment generates "one or more assessment signals," each indicating "a positive or negative determination of whether or not the entity validly performed at least one of the prompted actions." '601 Patent, Claim 1. This process was not well understood, routine, or conventional as it did not merely rely on a single, generic method of automated review but instead disclosed two distinct recognition systems, gesture and facial, to independently contribute to the assessment before a result is generated.

58. The '601 Patent's dependent claims expand these technical concepts further beyond what was well understood, routine, or conventional at the priority date. For example, the prompt can instruct the entity to perform movement or gestures of the eyes specifically. *Id.*, Claim 11. The claims also disclose a gaze-tracking mechanism where the entity is instructed to look at a user interface element on the display, and the prompt itself is a change in that element's displayed position. *Id.*, Claim 12. By incorporating whether the user's eyes follow a moving target and not merely whether the user is present in the frame, the claims extend beyond the routine verifications of the era. The claims also disclose an unconventional video-based assessment using other biometric modalities entirely, such as a fingerprint scanner, iris scanner, hand geometry, palm vein authentication, retina scanner, or voice recognition system, alone or in combination. *Id.*, Claim 13.

59. Accordingly, the '495 and '601 Patents disclose a sequence of prompts with unpredictable timing, assessed by two independent recognition systems working together, and, in some claims, eye and gaze tracking or additional biometric modalities built on top. This layered,

unpredictable architecture is what industry commentators inferred as necessary to defeat the exact single-prompt spoofing techniques underlying severe security problems in the marketplace. *Id.*

60. Together, the claims of the Asserted Patents improve how computers operate. They turn authentication from a static password or single-image check into a live, machine-verified test of human presence. The ’649, ’848, ’203, ’362, ’693, and ’869 Patents do this by measuring real physical movement and cross-checking it against a device’s own sensors. The ’495 and ’601 Patents do this by issuing unpredictable, timed challenges and having one or more recognition systems judge the response. Both approaches bind man and machine rather than relying on a secret or static image. Earlier tools and approaches could not do either.

61. The Asserted Claims are patent eligible. They recite specific improvements to remote authentication security technology, rather than authentication considered in the abstract, and they depart from earlier approaches to solve a specific technical problem in the marketplace. Indeed, claims reciting a specific, ordered set of authentication steps and architectures not shown to be conventional recite a patent-eligible improvement to a computer-implemented authentication technique, not an abstract idea.

**DEFENDANT’S ACCUSED PRODUCTS**

62. Match Group makes, uses, sells, offers for sale, directs, controls, develops, deploys, manages, monitors, evaluates, and/or participates in the operation, implementation, and expansion of the Face Check identity-verification functionality accused herein (collectively, the “Accused Products”), deployed through its subsidiaries including, but not limited to: GDA, LLC; Hinge, Inc.; Match Group Americas, LLC; Match Group FinanceCo 2, Inc.; Match Group FinanceCo 3, Inc.; Match Group Holdings I, LLC; Match Group Holdings II, LLC; Plentyoffish

Media ULC; and Tinder LLC. Brivas is informed and believes that Match Group deploys the same Face Check facial-verification technology uniformly across each of its applications, including the Tinder, Hinge, OkCupid, Plenty of Fish, BLK, and Upward applications. Accordingly, the infringement allegations set forth herein apply equally to each application through which Match Group makes, uses, offers for sale, or sells the Face Check functionality. Match Group further requires every user of its applications to complete the Face Check scan as a condition of access to the application, and it establishes the manner and timing of the user's performance through the step-by-step, on-screen instructions its software presents during the scan. Match Group directs and controls the performance of any claim step performed by the user, such that the performance of every step of the asserted claims is attributable to Match Group.

63. Match Group is a business of "creating meaningful connections" through a global portfolio of brands including: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; Upward; and more, which are dating applications built to connect users to each other. Ex. 9, Match Group, Inc. 10-K 2025.




Ex. 17, https://mtch.com/ourcompany/ (showing Defendant's brands, including Tinder, Hinge, OkCupid, Plenty of Fish, and BLK).

64. Defendant's application Tinder has over 75 million active users globally, with 7.8 million active users in the Unites States. *See* Ex. 18, https://www.demandsage.com/tinder-statistics/. Defendant's application Hinge has over 35 million registered users worldwide with about 47% of active users from the United States. *See* Ex. 19, https://www.swipestats.io/blog/hinge-statistics. Defendant's application OkCupid has over 50 million registered users worldwide with about 50% of active users from the United States. *See* Ex. 20, https://www.doulike.com/blog/statistics/okcupid-statistics/#google_vignette. Defendant's application Plenty of Fish has over 90 million registered users worldwide with about 40 million active users in the United States. Ex. 21, https://www.doulike.com/blog/statistics/pof-statistics/.

65. Defendant launched Face Check, "a facial verification feature that helps confirm users a real and match their profile photos, at Tinder."

***Implementing new technologies that enhance our user experience.*** We expect new technologies will be utilized to continue to drive user engagement. As new technologies develop, we evaluate whether those technologies can be incorporated into our apps to enhance the user experience. In particular, we are working to further integrate AI technologies into our services through a variety of features to improve user relevance and matching. We also recently launched Face Check, a facial verification feature that helps confirm users are real and match their profile photos, at Tinder. We plan to launch Face Check and other user verification technology at other brands in the future, including Hinge. Significant resources are required to develop, test, and maintain these technologies and we expect other technologies to evolve and be tested in our services and incorporated into our apps in the future.

Ex. 9, Match Group, Inc. 10-K 2025 (describing the implementation and launch of Defendant's new technology, Face Check).

66. On October 22, 2025, Defendant publicly announced the nationwide rollout of Face Check, stating that "Match Group [] and its flagship app, Tinder, announced today the U.S. rollout of Face Check, a first-of-its-kind facial verification feature that helps confirm users are real and match their profile photos." Ex. 22, https://ir.mtch.com/investor-relations/news-events/news-events/news-details/2025/Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S--Setting-a-New-Standard-for-Dating-Safety/default.aspx.

67. Defendant's Face Check system "requires all users to take a quick video selfie to check that their real face corresponds with the one on their profile pictures . . . Match retains the biometric 'face map' so those banned users don't try to sign up to another of Match's dating apps." Ex. 23, https://www.fastcompany.com/91547155/consumer-products-services-world-changing-ideas-2026.

68. Defendant's vice-president of trust and safety, Yoel Roth, publicly announced the deployment and expansion of Defendant's Face Check and described it as "using facial liveness verification" to confirm users' identities and profile photos. Mr. Roth attributed Face Check's rollout to "teams across Trust & Safety, Product, Engineering, Legal, and Privacy":



Yoel Roth • 3rd+
SVP T&S @ Match Group | Nonresident Scholar @ Carnegie ...
2mo • Edited •

+ Follow

Today we're bringing Face Check to the UK GB — a major milestone in making it easier to know who is real on Tinder.

More than ever, it can be hard to trust what you see online; nearly two-thirds of 18-24 year olds in the UK say scams are getting more difficult to spot.

Face Check is designed to change that by using facial liveness verification to help confirm that people are who they say they are, and that they match their profile photos — reducing impersonation and strengthening trust across the platform. It's also the first time this kind of technology has been built directly into onboarding in our category.

And it's already making a difference: In markets where Face Check is live, we've seen a 60% reduction in exposure to potential bad actors, and a 40% decrease in impersonation reports.

As one of Tinder's most engaged markets, the UK is a critical place to keep raising the bar on safety — especially as more young people turn to apps to make meaningful connections.

Grateful to the teams across Trust & Safety, Product, Engineering, Legal and Privacy who've made this possible.

Learn more: https://lnkd.in/g462gV-T

#TrustAndSafety #OnlineSafety #Privacy #Tinder #MatchGroup

Tinder introduces 'first-of-its-kind' technology that will change dating game
ladbible.com

130 · 11 comments • 10 reposts

Like Comment Repost Send

Ex. 24, https://www.linkedin.com/feed/update/urn:li:share:7443017640887001088/ (showing the deployment of Defendant's Face Check for trust and safety).

69. Match Group's Face Check works by having new members "complete Face Check by taking a short video selfie within the app. The system helps confirm, a) That the person is real and physically present and b) That their face matches the one shown in their profile photos." When the process is complete, and the user's scanned face matched the profile photo,

"members receive Tinder's Photo Verified badge, signaling to others that they have been authenticated." Ex. 22, https://ir.mtch.com/investor-relations/news-events/news-events/news-details/2025/Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S--Setting-a-New-Standard-for-Dating-Safety/default.aspx.



Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing the Face Check verification process on Tinder).

70. Defendant's Face Check is a Liveness Check and 3D Face authentication step, as explained above, which scans the users face "to determine whether the video was taken by a real, live person, and that it was not digitally altered or manipulated," by extracting "facial geometries using facial recognition technology to generate a unique number or facial geometry 'template' to verify whether the person in the video selfie is the person in the profile photos.

**How do you use the Facial Geometry information?**

We only use your facial geometry information for the purpose of Photo Verification. To perform the photo verification process, we share your facial geometry information and screenshots with Match Group, LLC., a Match Group company which operates this feature upon our instructions and on our behalf, as our service provider. They store and use your facial geometry information and screenshots on their Amazon Web Service (AWS) instances. This information and screenshots are deleted from their Amazon Web Services instances in the timeframes laid out below under "What will you keep after verification is complete?". If you want to learn more about AWS's privacy practices, you can click here. We do not share your facial geometry information and screenshots with any other third parties.

Ex. 25, https://ie.match.com/faq/trust/how-does-photo-verification-work/ (showing that "facial geometries" are stored on Defendant's servers).

tinder

**FAQ Mandatory Liveness Check**

**Why is Tinder requiring a face scan?**

We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Tinder a more authentic place. When you take a video selfie, your facial geometry, which may be considered "biometric information" in some places will be used and stored to estimate your age, check your profile photos, reduce fraud, and help ensure that no other profile is using your likeness. After successfully completing your video selfie and uploading a clear solo face photo that matches the face in your video selfie, you'll automatically get a Photo Verified badge on your profile.

Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the requirement of Tinder's Liveness Check and Face Check).

71. Brivas is informed and believes that Match has a license to use some technology from FaceTec, which is implemented in its Face Check technology.

**How it works:** The Face Check feature prompts users to take a short video selfie during onboarding. The biometric face scan, powered by FaceTec, then confirms the person is real and present and whether their face matches their profile photos. It also checks if the face is used across multiple accounts.

Ex. 27, https://www.axios.com/2025/06/30/tinder-face-check-safety (explaining Face Check).

**Overview**

An entity that needs to verify the Legal Identity of a new user first adds the FaceTec Device SDK to their App and integrates the FaceTec Server into their cloud. Users then perform 3D FaceScans and have their data collected, encrypted, and sent to the entity's Server. The FaceTec Server then decrypts the 3D FaceScans, performs the Liveness checks, and re-encrypts the 3D FaceMaps (without Liveness Data) using the receiving Entity's Public FaceTec Encryption Key. Afterward, the re-encrypted, Liveness-proven 3D FaceMap is sent to the API of the verifying party, which may be another FaceTec Customer/Partner or a Legal Identity Issuer.

Ex. 28, https://dev.facetec.com/identity-issuers (explaining the FaceTec system).

72. Defendant controls the entire operation and deployment of its Face Check and Liveness verifications. "The FaceTec Server Software runs 100% in [Match Group's] Private Cloud inside [Match Group's] Firewall. None of [Match Group's] Biometric Data or PII Information is sent to FaceTec." Ex. 29, https://dev.facetec.com/configuration-options. Defendant's Face Check powered by FaceTec's FaceScan and Liveness check technology are uploaded onto the Match Group server, and the Liveness and 3D scanning "runs 100% on [Match Group's] [s]erver and the FaceScans/Maps are never sent to FaceTec."

3D FaceScan files are output by the Device SDKs after the User performs a Session. 3D FaceScans contain both Liveness AND Matching Data. 3D FaceScans are uploaded to Your Server and processed using the FaceTec Server. This runs 100% on Your Server and the 3D FaceScans/Maps are never sent to FaceTec.

Ex. 30, https://dev.facetec.com/3d-liveness#audit-trail-images (explaining that FaceTec's scans run 100% on Defendant's server).

**Private Cloud Architecture & Data Flow**

High-level overview of how 3D FaceScan data and ID Scans flow from your Users' devices to your Private Cloud.




Ex. 29, https://dev.facetec.com/configuration-options (explaining the FaceTec architecture).

73. Defendant's Face Check creates a FaceMap to estimate the user's age and verify the user's video selfie to the profile photos as well as FaceVectors to compare to FaceVectors of other accounts to ensure that no other profile is using the user's likeness.

tinder

**How is my Verification Data used?**

Your video selfie is assessed to ensure that you are a real person, and is then promptly deleted. Your FaceMap is used to estimate your age, and to help check whether the person in your video selfie appears to be the same person as in your profile photos, and your FaceVector is compared to FaceVectors for other accounts to help ensure that no other profile is using your likeness.

Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining FaceMap and FaceVector verification on Tinder).

**3D FaceMap Interoperability Between Organizations**

Search Docs...

The FaceTec Server can re-encrypt 3D FaceMaps using the Public Key of another FaceTec customer so that the 3D FaceMap can be shared with another FaceTec-powered organization. This allows FaceTec to support 3D FaceMap interoperability between private organizations that use FaceTec, Relying Parties, as well as Legal Identity Issuers / Remote Digital ID Verifiers. In this case, both organizations run their own instance of the FaceTec Server, and either organization can receive 3D FaceMaps securely via their API via HTTPS. The receiving party can then securely match the 3D FaceMap to a previously collected Liveness-proven 3D FaceMap or a 2D Govt. ID Photo for positive ID verification, and then share the Match Level with the entity that shared the re-encrypted 3D FaceMap to enable the Identity Verification or Re-verification of the User.

Ex. 28, https://dev.facetec.com/identity-issuers (explaining FaceMaps used by Match Group).




Ex. 31, https://dev.facetec.com/facevectors (explaining FaceVectors used by Match Group).

74. Defendant verifies a user's identity on its applications by proving "the Correct User is physically present by Matching them to their ID Photo or 3D FaceMap." Defendant uses a "real-time 3D FaceScan that collects time-stamped, un-reusable Liveness data and creates a 3D FaceMap."




Ex. 32, https://www.facetec.com/ (showing Match Group's verification process).




Ex. 32, https://www.facetec.com/ (showing Match Group's verification process).

75. Further, Defendant operates and controls the facilitation and storage of the Face Check software technology onto its applications, including, but not limited to: Tinder, Hinge, OkCupid, Plenty of Fish, Match Group Americas d/b/a BLK and Upward.

76. For example, Hinge uses Defendant's Face Check identity-verification functionality including the Liveness Check and 3D FaceMap verification. Hinge publicly states that users may be required to complete a biometric Face Check scan using a video selfie, and that Hinge uses facial scanning technology to determine whether a submitted video was captured by a real, live person. *See* Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan.

**Why is Hinge requiring a face scan?**

We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Hinge a more authentic place. When you take a video selfie, your facial geometry, which may be considered "biometric information" in some places, will be used and stored to estimate your age, check your profile photos, reduce fraud, and help detect whether other profiles are using your likeness. After successfully completing your video selfie, and if your profile photos contain a clear, solo face photo that matches the face in your video selfie, you'll automatically receive a **Selfie Verified** badge on your profile.

Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (explaining Defendant's Face Check requirement on Hinge).

77. Additionally, OkCupid uses Defendant's Face Check identity-verification functionality through the 3D Liveness Check and Face Authentication scan by extracting facial geometry and using facial recognition technology to generate a unique number or facial geometry "template" to verify the user.

**How does Photo Verification work?**

Photo Verification consists of one simple step: taking a video selfie. You will receive "verified" status if the person in your video selfie passes both the Liveness Check and 3D Face Authentication steps. The Liveness Check scans the face in your video and helps us confirm that the video was taken by a real, live person, and that it was not digitally altered or manipulated. 3D Face Authentication detects your face in your video selfie and your profile photos, and extracts facial geometries using facial recognition technology to generate a unique number or facial geometry "template." These templates are used to check whether the person in your video selfie is the same person as in your profile photos. Your facial geometry templates are deleted within 24 hours. Your video selfie will not be added to your profile.

Ex. 34, https://okcupid-app.zendesk.com/hc/en-us/articles/22781075719195-How-does-Photo-Verification-work (describing the Face Check photo verification, Liveness Check, and 3D Face Authentication on OkCupid).

78. For a further example, Defendant operates and controls Match Group Americas, LLC d/b/a BLK ("BLK"), a dating application for black singles, which implements Defendant's Face Check feature to scan facial geometry, create a FaceMap, and compare FaceVectors. Ex. 35, https://www.blk-app.com/masp/en-us/blk.

## Face Check™ FAQ

### Why is BLK requiring a face scan?

We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make BLK a more authentic place. When you take a video selfie, your facial geometry, which may be considered "biometric information" in some places will be used and stored to estimate your age and determine whether you meet BLK's minimum age requirement, check your profile photos, reduce fraud, and help ensure that no other profile is using your likeness. After successfully completing your video selfie and uploading a clear solo face photo that matches the face in your video selfie, you'll automatically get a Photo Verified badge on your profile.

### How does this process work?

This process is as simple as taking a quick video selfie. We use facial scanning technology to check that the video was taken of a real, live person, and that it was not digitally altered or manipulated. This technology also detects your face in your video selfie and your profile photos, and uses your facial geometry ("FaceMap") to generate a unique number ("FaceVector").

The data generated and processed by this feature ("Verification Data") is retained for the purposes set out below in "How is my Verification Data used?"

Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (explaining Defendant's Face Check requirement, photo verification, Liveness Check, and 3D Face Authentication on BLK).

79. Defendant operates and controls Plenty of Fish, which requires users to complete Defendant's Face Check feature to calculate live facial geometry and facial mapping for user verification.

## Face Check™ FAQ

### Why is POF requiring a face scan?

We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make POF a more authentic place. When you take a video selfie, your facial geometry, which may be considered "biometric information" in some places will be used and stored to estimate your age and determine whether you meet POF minimum age requirement, check your profile photos, reduce fraud, and help ensure that no other profile is using your likeness. After successfully completing your video selfie and uploading a clear solo face photo that matches the face in your video selfie, you'll automatically get a Photo Verified badge on your profile.

### How does this process work?

This process is as simple as taking a quick video selfie. We use facial scanning technology to check that the video was taken of a real, live person, and that it was not digitally altered or manipulated. This technology also detects your face in your video selfie and your profile photos, and uses your facial geometry ("FaceMap") to generate a unique number ("FaceVector").

The data generated and processed by this feature ("Verification Data") is retained for the purposes set out below in "How is my Verification Data used?"

Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (explaining Defendant's Face Check requirement, photo verification, Liveness Check, and 3D Face Authentication on Plenty of Fish).

80. Defendant operates and controls Match Group Americas, LLC d/b/a Upward, a dating application for Christian singles, which implements Defendant's Face Check feature to scan facial geometry, create a FaceMap, and compare FaceVectors to verify a user's identity.

## Face Check™ FAQ

### Why is Upward requiring a face scan?

We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Upward a more authentic place. When you take a video selfie, your facial geometry, which may be considered "biometric information" in some places will be used and stored to estimate your age and determine whether you meet Upward's minimum age requirement, check your profile photos, reduce fraud, and help ensure that no other profile is using your likeness. After successfully completing your video selfie and uploading a clear solo face photo that matches the face in your video selfie, you'll automatically get a Photo Verified badge on your profile.

### How does this process work?

This process is as simple as taking a quick video selfie. We use facial scanning technology to check that the video was taken of a real, live person, and that it was not digitally altered or manipulated. This technology also detects your face in your video selfie and your profile photos, and uses your facial geometry ("FaceMap") to generate a unique number ("FaceVector").

The data generated and processed by this feature ("Verification Data") is retained for the purposes set out below in "How is my Verification Data used?"

Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (explaining Defendant's Face Check requirement, photo verification, Liveness Check, and 3D Face Authentication on Upward).

81. Defendant utilizes data centers and cloud-based, hosted web service providers, such as Amazon Web Services ("AWS") for its Face Check data storage. Defendant deploys the infrastructure "to facilitate and process certain transactions with [] users, including to operate facial or liveness verification features at many of [Match Group's] brands." Ex. 9, Match Group, Inc. 10-K 2025.

82. Defendant stores its Face Check output information and data on Match Group's infrastructure. Ex. 39, https://help.match.com/hc/en-us/articles/43089538353051-How-Our-Age-Detection-and-Face-Photo-Checks-Work. "To perform the photo verification process, we share your facial geometry information and screenshots with Match Group, LLC, a Match Group

company which operates this feature upon our instructions and on our behalf, as our service provider. They store and use your facial geometry information and screenshots on their Amazon Web Service (AWS) instances."

83. AWS has many geographic and edge locations in the United States. "AWS has the concept of a Region, which is a physical location around the world where [AWS] cluster[s] data centers."




Ex. 40, https://aws.amazon.com/about-aws/global-infrastructure/regions_az/ (showing AWS server locations).

84. Hinge stores its Face Check data on Match Group AWS servers. "Verification Data is stored securely on Match Group Americas, LLC's AWS servers . . . and we may, solely to the extent permitted by applicable law, share Verification Data between our Affiliates to make all Match Group services safer (e.g., identifying and banning violating accounts." Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan. Defendant "store[s] and use[s]" users' facial geometry information and screenshots on its Amazon Web Services

("AWS") instances in connection with operation of the Photo Verification functionality. *Id.* Hinge further states that verification data collected through Face Check is stored on infrastructure operated by Match Group Americas, LLC, specifically stating that "[v]erification Data is stored securely on Match Group Americas, LLC's AWS servers" and that such verification data may be shared among Match Group affiliates "to make all Match Group services safer." *Id.*

**Will third parties receive my data?**

Verification Data is only shared with Hinge's service providers when necessary to manage, troubleshoot, or ensure the smooth operation of our Face Check feature. Verification Data is stored securely on Hinge's AWS servers.

Hinge is part of the **Match Group family of businesses**, and we may, solely to the extent permitted by applicable law, share Verification Data between our Affiliates to make all Match Group services safer (e.g., identifying and banning violating accounts).

Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (explaining that Face Check data is stored on Defendant's servers).

85. Similarly, Tinder stores its Face Check data on Match Group's servers and shares Verification Data between Defendant's Affiliates to make all Match Group services safer.

tinder

**Will third parties receive my data?**

Verification Data is only shared with Tinder's service providers when necessary to manage, troubleshoot, or ensure the smooth operation of our Face Check feature. Verification Data is stored securely on Tinder's AWS servers.

Tinder is part of the Match Group family of businesses, and we may, solely to the extent permitted by applicable law, share Verification Data between our Affiliates to make all Match Group services safer (e.g. identifying and banning violating accounts).

Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining that Face Check data is stored on Defendant's servers).

86. Similarly, BLK stores its Face Check data on Match Group's servers and shares Verification Data between Defendant's Affiliates to make all Match Group services safer.

> **Will third parties receive my data?**
>
> Verification Data is only shared with BLK's service providers when necessary to manage, troubleshoot, or ensure the smooth operation of our Face Check feature. Verification Data is stored securely on Match Group Americas LLC's s AWS servers.
>
> BLK is part of the Match Group family of businesses, and we may, solely to the extent permitted by applicable law, share Verification Data between our Affiliates to make all Match Group services safer (e.g., identifying and banning violating accounts).
>
> US Residents: We do not "sell" or "share" Verification Data, as such terms may be defined by applicable privacy law in your state.

Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (explaining that Face Check data is stored on Defendant's servers).

87. Similarly, OkCupid stores its Face Check data on Match Group's servers and shares Verification Data between Defendant's Affiliates to make all Match Group services safer.

> **Will third parties receive my data?**
>
> Verification Data is only shared with OkCupid's service providers when necessary to manage, troubleshoot, or ensure the smooth operation of our Face Check feature. Verification Data is stored securely on Match Group Americas LLC's s AWS servers.
>
> OkCupid is part of the Match Group family of businesses, and we may, solely to the extent permitted by applicable law, share Verification Data between our Affiliates to make all Match Group services safer (e.g., identifying and banning violating accounts).
>
> US Residents: We do not "sell" or "share" Verification Data, as such terms may be defined by applicable privacy law in your state.

Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (explaining that Face Check data is stored on Defendant's servers).

88. Similarly, Plenty of Fish stores its Face Check data on Match Group's servers and shares Verification Data between Defendant's Affiliates to make all Match Group services safer.

### Will third parties receive my data?

Verification Data is only shared with POF's service providers when necessary to manage, troubleshoot, or ensure the smooth operation of our Face Check feature. Verification Data is stored securely on Match Group Americas LLC's s AWS servers.

POF is part of the Match Group family of businesses, and we may, solely to the extent permitted by applicable law, share Verification Data between our Affiliates to make all Match Group services safer (e.g. identifying and banning violating accounts).

Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (explaining that Face Check data is stored on Defendant's servers).

89. Similarly, Upward stores its Face Check data on Match Group AWS servers and shares Verification Data between Defendant's Affiliates to make all Match Group services safer.

### Will third parties receive my data?

Verification Data is only shared with Upward's service providers when necessary to manage, troubleshoot, or ensure the smooth operation of our Face Check feature. Verification Data is stored securely on Match Group Americas LLC's s AWS servers.

Upward is part of the Match Group family of businesses, and we may, solely to the extent permitted by applicable law, share Verification Data between our Affiliates to make all Match Group services safer (e.g., identifying and banning violating accounts).

Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (explaining that Face Check data is stored on Defendant's servers).

90. Defendant continues to roll out and require its Face Check software and technology onto its other dating applications, which when implemented will also infringe the Asserted Patents. *See* Ex. 22, https://ir.mtch.com/investor-relations/news-events/news-events/news-details/2025/Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S--Setting-a-New-Standard-for-Dating-Safety/default.aspx; Ex. 42,

https://www.biometricupdate.com/202510/match-group-making-face-liveness-mandatory-for-us-tinder-users.

**DEFENDANT'S INFRINGEMENT OF BRIVAS' PATENTS**

91. Defendant has infringed and continues to infringe one or more claims of each of the Asserted Patents by engaging in acts that constitute infringement under 35 U.S.C. § 271, including but not necessarily limited to making, using, selling, offering for sale, directing, controlling, developing, deploying, managing, monitoring, evaluating, and/or participating in the operation, implementation, and expansion of the Face Check identity-verification functionality, in this District and elsewhere in the United States, and/or importing into this District and elsewhere in the United States, the accused Face Check software operated and controlled by Defendant on its applications, including but not limited to: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward.

92. Brivas has complied with 35 U.S.C. § 287. Brivas does not make, use, offer for sale, or sell any product that practices the Asserted Patents, and instead seeks to license its patented technology; Brivas therefore has no marking obligation under § 287, and no unmarked patented article of Brivas' has entered the marketplace. To the extent Brivas has licensed the Patent(s)-in-Suit, Brivas has made reasonable efforts to ensure that any licensee complies with the marking requirements of § 287. Accordingly, Brivas is entitled to recover damages for the full period of the alleged infringement.

**COUNT I – DIRECT INFRINGEMENT OF THE '649 PATENT**

93. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

94. Defendant has infringed and continues to directly infringe at least claim 1 of the ’649 Patent in violation of 35 U.S.C. 271(a) by using, in the Unites States, Texas, and this District, the Face Check software operated and controlled by Defendant on its applications: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; Upward; and more, without the permission, consent, authorization, or license of Brivas.

95. Defendant’s infringement is based upon literal infringement, infringement under the doctrine of equivalents, or both.

96. Defendant directly infringes the claimed methods because it hosts, operates, stores, and controls Face Check software on Defendant’s applications, including: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, thereby performing the steps of the claimed method. Defendant directly infringes the claims method because it owns, assembles, operates, stores, and controls the systems that provide Face Check to its customers. Customers do not deploy, install, or run Face Check on their own servers. Instead, Face Check data is stored on and within Defendant’s cloud and servers.

97. By way of example of Defendant’s infringement of the ’649 Patent, Defendant, along with its subsidiaries owned and controlled by Defendant, meet all the limitations of at least Claim 1 of the ’649 Patent.

98. Defendant’s Face Check software transmits to a server from the user’s device, an authentication request of the user. The request contains biometric information captured from the user’s 3D Liveness Check and face scan, gathering facial geometry, FaceMap, and FaceVectors. Defendant receives the biometric information and stores on Defendant’s servers hosted on AWS. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the requirement and request to receive a user’s biometric data on Tinder, stored on Defendant’s

AWS servers); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the requirement and request to receive a user's biometric data on Hinge, stored on Defendant's AWS servers); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on OkCupid, stored on Defendant's AWS servers); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Plenty of Fish, stored on Defendant's AWS servers); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on BLK, stored on Defendant's AWS servers); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Upward, stored on Defendant's AWS servers).

99. Defendant's Face Check receives from a server an instruction for the user to perform an act involving relative movement between the user and the camera. Defendant's Face Check technology receives an action request that requires the user to perform and record a facial scan by taking a video selfie. The facial scan may require the user to "frame" their face or "move closer." Defendant uses FaceTec's 3D liveness technology, stored on Defendant's servers. *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative movement between the user and the camera); *see also* Ex. 32, https://www.facetec.com/ (showing the Face Check functionality).

100. Defendant's Face Check further observes the user performing the act where fiducial marks are captured before and after the relative movements are requested from the user.

*See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check observing the user perform the movement act); Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the Defendant capturing fiducial marks after relative movement including "facial geometry," generating a FaceMap and FaceVector) showing the requirement and request to receive a user's biometric data on Tinder, stored on Defendant's AWS servers); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the requirement and request to receive a user's biometric data on Hinge, stored on Defendant's AWS servers); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same).

101. Defendant's Face Check technology and software transmit real-time information pertaining to the act to the server, where the fiducial marks ("facial geometry") is transmitted to the server which determines whether the requested user movement was conducted. "The Liveness Check scans the face in [the user's] video and helps [Defendant] determine whether the video was taken by a real, live person" and the user's "video selfie is assessed to ensure" that the user is "a real person." *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing Defendant's Liveness to Check on Tinder); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same on OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ

(same on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same on Upward).

102. The user's device receives from the server an authorization if the real-time transmission verifies the liveness of the relative movement. Defendant's Face Check technology and software authenticate the user on an application, including at least Defendant's applications: Tinder; Hinge; Plenty of Fish; BLK; and Upward. Face Check verifies and authenticates that the user's video selfie was performed by a live, real person by confirming that the biometric information from the user matches the user's baseline biometric information (the user's profile photo) through the Liveness Check and 3D Face Authentication verification. After the user successfully completes the video selfie process and uploads a "clear solo face photo that matches the face in [the user's] video selfie," Defendant automatically gives the user a "Photo Verified badge" thereby receiving authentication of the user from Face Check. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/. After the user completes the required Face Check, Defendant's provides the user access to Defendant's application based on the verified authentication. "If the scanned face matches a profile photo, members receive [Defendant's] Photo Verified badge, signaling to others that they have been authenticated." *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety; *see also* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the "Photo Verified badge" authentication on Tinder; Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the "Photo Verified badge" authentication on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-

us/articles/51602258614171-Face-Check-FAQ (same); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same).

103. Defendant's direct infringement of the '649 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty.

104. Defendant has had knowledge of Brivas' patents, including the '649 Patent since at least the filing of this Complaint. Defendant's continued actions are willful, blatant, and in egregious disregard for Brivas' patent rights.

105. Defendant's post-suit willful infringement is causing damage and irreparable injury to Brivas, and Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

106. Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '649 Patent, justifying an award to Brivas of increased damages under 35 U.S.C. § 284, and attorney's fees and costs incurred under 35 U.S.C. § 285.

107. Brivas is entitled to injunctive relief, damages, and any other relief in accordance with 35 U.S.C. §§ 283, 284, and 285 for Defendant's direct infringement of the '649 Patent.

**COUNT II – INDIRECT INFRINGEMENT OF THE '649 PATENT**

108. Brivas restates, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

109. As set forth above, Defendant has had knowledge of Brivas' patents, including the '649 Patent since the filing of this Complaint.

110. As set forth with respect to Count I, at least Defendant's Face Check software is

implemented and controlled by Defendant on its applications, products, and services: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, which directly infringes the '649 Patent. In addition to directly infringing the '649 Patent, Defendant has actively, knowingly, and intentionally induced and continues to induce direct infringement of the '649 Patent under 35 U.S.C. § 271(b) by requiring and instructing its customers to use or install the Face Check software in an infringing manner. For example, all the infringing functionalities discussed above are supported by Defendant through the resources on Defendant's websites cited above. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the process of Face Check for Tinder users)*;* Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (explaining the process of Face Check for Hinge users); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (explaining the process of Face Check for OkCupid users); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (explaining the process of Face Check for Plenty of Fish users); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (explaining the process of Face Check for BLK users); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (explaining the process of Face Check for Upward users).

111. Defendant requires its customers to use the Face Check software and technology to access its applications. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Tinder a more authentic place."); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Hinge a more authentic place."); Ex.

37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make POF a more authentic place."); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make BLK a more authentic place."); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Upward a more authentic place.").

112. Defendant's websites further describe the benefits of the Face Check software for users, including to make Defendant's applications "a more authentic place." *See id.*

113. Defendant instructs and encourages its customers on how to use the core features of the Face Check software, including through direct communication on its applications, reference materials, guidelines, videos, and support contracts, all of which are intended to enable and encourage the infringing use of the Face Check software. *See* Ex. 43, https://www.help.tinder.com/hc/en-us/articles/360034941812-Photo-Verification (reference materials on Face Check for Tinder); Ex. 44, https://help.hinge.co/hc/en-us/articles/10303221435539-What-is-Selfie-Verification (reference materials on Face Check for Hinge); Ex. 34, https://okcupid-app.zendesk.com/hc/en-us/articles/22781075719195-How-does-Photo-Verification-work (reference materials on Face Check for OkCupid); Ex. 45, https://help.pof.com/hc/en-us/articles/41816318598427-Selfie-Verification (reference materials on Face Check for Plenty of Fish); Ex. 46, https://help.blk-app.com/hc/en-us/articles/15805618439579-How-Does-Selfie-Verification-Work (reference materials on Face

Check for BLK); Ex. 47, https://help.upward-app.com/hc/en-us/articles/16602617732635-How-Does-Selfie-Verification-Work (reference materials on Face Check for Upward).

114. Defendant's indirect infringement of the '649 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty. Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by the Court.

115. Pursuant to 35 U.S.C. §§ 283, 284, and 285, Brivas is entitled to injunctive relief, damages, and attorney's fees, and costs.

**COUNT III – DIRECT INFRINGEMENT OF THE '495 PATENT**

116. Brivas restates, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

117. Defendant has infringed and continues to directly infringe at least claim 8 of the '495 Patent in violation of 35 U.S.C. 271(a) by making, using, selling, and offering for sale in the Unites States, Texas, and this District the Face Check software operated and controlled by Defendant on its applications: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; Upward; and more, without the permission, consent, authorization, or license of Brivas.

118. Defendant's infringement is based upon literal infringement, infringement under the doctrine of equivalents, or both.

119. Defendant directly infringes the claimed methods and systems because it hosts, operates, stores, and controls Face Check software on Defendant's applications, including: Tinder;, Hinge; OkCupid; Plenty of Fish; BLK; and Upward, thereby performing the steps of the claimed method and system. Defendant directly infringes the claims method and system because it owns, assembles, operates, stores, and controls the systems that provide Face Check to its

customers. Customers do not deploy, install, or run Face Check on their own servers. Instead, Face Check data is stored on and within Defendant's cloud and servers.

120. By way of example of Defendant's infringement of the '495 Patent, Defendant, along with its subsidiaries owned and controlled by Defendant, meet all the limitations of at least Claim 8 of the '495 Patent. Defendant's Face Check technology and software is a control system for facilitating entity assessment of an entity at a first user terminal connected to a data network, including user records collectively forming a "user account" in a database in a data store accessible by the control system. The user account includes a set of identifying characteristics relating to a registered user, and the Face Check control system includes a gesture recognition system programmed to perform procedures. Defendant operates Face Check as a control system for users connected to a data network, including but not limited to: Tinder, Hinge, OkCupid, Plenty of Fish, BLK, and Upward. Defendant stores user accounts with identifying characteristics in databases on at least: Tinder, Hinge, OkCupid, Plenty of Fish, BLK, and Upward. The Face Check control system includes a gesture recognition system to perform a verification flow procedure. Verification results and facial verification information are associated with those accounts. Stored Verification Data can later be used to confirm Face Check status, detect duplicate accounts, and verify new profile photos. *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative movement between the user and the camera procedure); *see also* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the requirement and request to receive a user's biometric data on Tinder associated with a user's account); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan

(same); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same); Ex. 48, https://www.help.tinder.com/hc/en-gb/articles/17623691184781-Restore-your-profile (showing Tinder's data retention policy, storing user accounts with identifying characteristics from Face Check); Ex. 49, https://hinge.co/privacy (showing Hinge's data retention policy, storing user accounts with identifying characteristics from Face Check); Ex. 50, https://okcupid-app.zendesk.com/hc/en-us/articles/22780694078491-Privacy-Policy (showing OkCupid's data retention policy, storing user accounts with identifying characteristics from Face Check); Ex. 51, https://policies.pof.com/privacypolicy/ (showing Plenty of Fish's data retention policy, storing user accounts with identifying characteristics from Face Check); Ex. 52, https://www.blk-app.com/masp/en-us/blk/privacy-policy (showing BLK's data retention policy, storing user accounts with identifying characteristics from Face Check); Ex. 53, https://www.upward-app.com/masp/en-us/upward/privacy-policy (showing Upwards's data retention policy, storing user accounts with identifying characteristics from Face Check).

121. Defendant's Face Check receives an access request. Face Check requires a user to complete a Liveness Check. *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative movement between the user and the camera); *see also* Ex. 32, https://www.facetec.com/ (showing the Face Check functionality); Ex. 26, https://policies.tinder.com/faq-mandatory-

liveness-check/intl/en/ (showing Face Check's authentication request that "user's complete a biometric Face Check scan with a video selfie"); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same).

122. Defendant's Face Check invokes or facilitates the transmission of a time-delimited sequence of unpredictable prompts to the user device and prompts performance of visible prompted actions. The prompts describe or portray the visible prompted actions to be performed by the user. For example, Face Check prompts the performance of prompted actions such as "Frame your face" and "Move closer." *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative movement between the user and the camera).

123. Defendant's Face Check invokes storage or transmission of at least one video recording of the prompted action performance from the user device in a data store to a gesture recognition system. Defendant stores Face Check data on Defendant's servers hosted on AWS. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the requirement and request to receive a user's biometric data on Tinder, stored on Defendant's AWS servers); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the requirement and request to receive a user's biometric data on Hinge, stored on Defendant's AWS servers); Ex. 41, https://okcupid-app.zendesk.com/hc/en-

us/articles/51602258614171-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on OkCupid, stored on Defendant's AWS servers); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Plenty of Fish, stored on Defendant's AWS servers); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on BLK, stored on Defendant's AWS servers); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Upward, stored on Defendant's AWS servers).

124. Defendant performs an automated assessment of the video selfie recording and generates an assessment signal by the gesture recognition system indicative of whether the user validly performed the prompted action, including a positive or negative indication. Defendant's Face Check "technology detects [the user's] face in [the user's] video selfie and [the user's] profile photos and uses [the user's] facial geometry ('FaceMap') to generate a unique number ('FaceVector')." The FaceMap is used to "help check whether the person in your video selfie appears to be the same person as in your profile photos," where the user's profile photos are the baseline biometric information. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/; *see also* Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan; Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ; Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ; Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ; Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ.

125. Defendant's Face Check technology and software determine whether the user's video selfie shows a live, real person based on the user's video selfie. "The Liveness Check scans the face in [the user's] video and helps [Defendant] determine whether the video was taken by a real, live person" and the user's "video selfie is assessed to ensure" that the user is "a real person." Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing Defendant's Liveness to Check on Tinder); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same on OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same on Upward).

126. Defendant's direct infringement of the '495 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty.

127. Defendant has had knowledge of Brivas' patents, including the '495 Patent since the filing of this Complaint. Defendant's continued actions are willful, blatant, and in egregious disregard for Brivas' patent rights.

128. Defendant's post-suit willful infringement is causing damage and irreparable injury to Brivas, and Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

129. Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '495 Patent, justifying an award to Brivas of increased damages under 35 U.S.C. § 284, and attorney's fees and costs incurred under 35 U.S.C. § 285.

130. Brivas is entitled to injunctive relief, damages, and any other relief in accordance with 35 U.S.C. §§ 283, 284, and 285 for Defendant's direct infringement of the '495 Patent.

**COUNT IV – INDIRECT INFRINGEMENT OF THE '495 PATENT**

131. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

132. As set forth above, Defendant has had knowledge of Brivas' patents, including the '495 Patent since the filing of this Complaint.

133. As set forth with respect to Count III, at least Defendant's Face Check software is implemented and controlled by Defendant on its applications, products, and services: Tinder, Hinge; OkCupid; Plenty of Fish; BLK; and Upward, which directly infringes the '495 Patent. In addition to directly infringing the '495 Patent, Defendant has actively, knowingly, and intentionally induced and continues to induce direct infringement of the '495 Patent under 35 U.S.C. § 271(b) by requiring and instructing its customers to use or install the Face Check software in an infringing manner. For example, all the infringing functionalities discussed above are supported by Defendant through the resources on Defendant's websites cited above. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the process of Face Check for Tinder users); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (explaining the process of Face Check for Hinge users); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (explaining the process of Face Check for OkCupid users); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (explaining the process of Face Check for Plenty of Fish users); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (explaining the process of Face Check for BLK users); Ex. 38, https://help.upward-

app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (explaining the process of Face Check for Upward users).

134. Defendant requires its customers to use the Face Check software and technology to access its applications. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Tinder a more authentic place."); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Hinge a more authentic place."); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make POF a more authentic place."); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make BLK a more authentic place."); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Upward a more authentic place.").

135. Defendant's websites further describe the benefits of the Face Check software for users, including to make Defendant's applications "a more authentic place." *See id.*

136. Defendant instructs and encourages its customers on how to use the core features of the Face Check software, including through direct communication on its applications, reference materials, guidelines, videos, and support contracts, all of which are intended to enable and encourage the infringing use of the Face Check software. *See* Ex. 43, https://www.help.tinder.com/hc/en-us/articles/360034941812-Photo-Verification (reference

materials on Face Check for Tinder); Ex. 44, https://help.hinge.co/hc/en-us/articles/10303221435539-What-is-Selfie-Verification (reference materials on Face Check for Hinge); Ex. 34, https://okcupid-app.zendesk.com/hc/en-us/articles/22781075719195-How-does-Photo-Verification-work (reference materials on Face Check for OkCupid); Ex. 45, https://help.pof.com/hc/en-us/articles/41816318598427-Selfie-Verification (reference materials on Face Check for Plenty of Fish); Ex. 46, https://help.blk-app.com/hc/en-us/articles/15805618439579-How-Does-Selfie-Verification-Work (reference materials on Face Check for BLK); Ex. 47, https://help.upward-app.com/hc/en-us/articles/16602617732635-How-Does-Selfie-Verification-Work (reference materials on Face Check for Upward).

137. Defendant is also liable for contributory infringement of the ’495 Patent pursuant to 35 U.S.C. § 271(c) by knowing or being willfully blind to the fact that it is contributing to infringement of the ’495 Patent by offering to sell and selling in the United States, Texas, and this District, Defendant’s Face Check software and services on applications controlled by Defendant including, but not limited to: Tinder, Hinge; OkCupid; Plenty of Fish; BLK; and Upward. The user of the Face Check software and services directly infringes the ‘495 Patent when it uses software by installing it on their device, such as phone, tablet, or laptop. The Face Check software is not a staple article or commodity of commerce suitable for substantial non-infringing use because it is built and designed in a manner described above in a manner that is required to infringe the ’495 Patent. For example, to the extent that a customer provides an database when they install the Face Check software, they infringe the ‘495 Patent because the purpose of the Face Check software is to be downloaded and installed on a user’s device, which would automatically create a database for the user. As such, the Face Check software is especially adapted to infringe because to be used it must be installed by the user.

138. Defendant's indirect infringement of the '495 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty. Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by the Court.

139. Pursuant to 35 U.S.C. §§ 283, 284, and 285, Brivas is entitled to injunctive relief, damages, and attorney's fees, and costs.

**COUNT V – DIRECT INFRINGEMENT OF THE '848 PATENT**

140. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

141. Defendant has infringed and continues to directly infringe at least claim 1 of the '848 Patent in violation of 35 U.S.C. 271(a) by using in the Unites States, Texas, and this District, the Face Check software operated and controlled by Defendant on its applications: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; Upward; and more, without the permission, consent, authorization, or license of Brivas.

142. Defendant's infringement is based upon literal infringement, infringement under the doctrine of equivalents, or both.

143. Defendant directly infringes the claimed methods because it hosts, operates, stores, and controls Face Check software on Defendant's applications, including: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, thereby performing the steps of the claimed method. Defendant directly infringes the claims method because it owns, assembles, operates, stores, and controls the systems that provide Face Check to its customers. Customers do not deploy, install, or run Face Check on their own servers. Instead, Face Check data is stored on and within Defendant's cloud and servers.

144. By way of example of Defendant's infringement of the '848 Patent, Defendant, along with its subsidiaries owned and controlled by Defendant, meet all the limitations of at least Claim 1 of the '848 Patent.

145. Defendant's Face Check software transmits to a server from the user's device, an authentication request of the user. The request contains biometric information captured from the user's 3D Liveness Check and face scan, gathering facial geometry, FaceMap, and FaceVectors. Defendant receives the biometric information and stores on Defendant's servers hosted on AWS. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the requirement and request to receive a user's biometric data on Tinder, stored on Defendant's AWS servers); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the requirement and request to receive a user's biometric data on Hinge, stored on Defendant's AWS servers); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on OkCupid, stored on Defendant's AWS servers); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Plenty of Fish, stored on Defendant's AWS servers); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on BLK, stored on Defendant's AWS servers); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Upward, stored on Defendant's AWS servers).

146. Defendant's Face Check receives from a server an instruction that requests the device to perform a procedure, causing the user to perform an act involving a liveness relative

movement between the user and the camera. Defendant's Face Check technology receives an action request from a server that requests the device to perform a series of movements, or a procedure, and requires the user to perform and record a facial scan by taking a video selfie and Liveness Check. The facial scan may require the user to "frame" their face or "move closer." Defendant uses FaceTec's 3D liveness technology, stored on Defendant's servers. *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative movement between the user and the camera); *see also* Ex. 32, https://www.facetec.com/ (showing the Face Check functionality).

147. Defendant's Face Check observes the user performing the act requested by the procedure where fiducial marks are captured before and after the relative movements between the user and the camera. *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check observing the user perform the movement act); *see also* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the Defendant capturing fiducial marks after relative movement including "facial geometry," generating a FaceMap and FaceVector) ); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same).

148. Defendant's Face Check technology and software transmits real-time information pertaining to the act requested by the procedure of the user to the server. "The Liveness Check scans the face in [the user's] video and helps [Defendant] determine whether the video was taken by a real, live person" and the user's "video selfie is assessed to ensure" that the user is "a real person." *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing Defendant's Liveness to Check on Tinder); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same on OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same on Upward).

149. The user's device receives from the server an authorization based on verification of the received information of the act requested by the procedure of the user. Defendant's Face Check technology and software authenticate the user on an application, including at least Defendant's applications: Tinder; Hinge; Plenty of Fish; BLK; and Upward. Face Check verifies and authenticates that the user's video selfie was performed by a live, real person by confirming that the biometric information from the user matches the user's baseline biometric information (the user's profile photo) through the Liveness Check and 3D Face Authentication verification. After the user successfully completes the video selfie process and uploads a "clear solo face photo that matches the face in [the user's] video selfie," Defendant automatically gives the user a "Photo Verified badge" thereby receiving authentication of the user from Face Check. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/. After the user completes

the required Face Check, Defendant's provides the user access to Defendant's application based on the verified authentication. "If the scanned face matches a profile photo, members receive [Defendant's] Photo Verified badge, signaling to others that they have been authenticated." *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety; *see also* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the "Photo Verified badge" authentication on Tinder); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the "Photo Verified badge" authentication on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (showing the "Photo Verified badge" authentication OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the "Photo Verified badge" authentication on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the "Photo Verified badge" authentication on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the "Photo Verified badge" authentication on Upward).

150. Defendant's direct infringement of the '848 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty.

151. Defendant has had knowledge of Brivas' patents, including the '848 Patent since the filing of this Complaint. Defendant's continued actions are willful, blatant, and in egregious disregard for Brivas' patent rights.

152. Defendant's post-suit willful infringement is causing damage and irreparable injury to Brivas, and Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

153. Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '848 Patent, justifying an award to Brivas of increased damages under 35 U.S.C. § 284, and attorney's fees and costs incurred under 35 U.S.C. § 285.

154. Brivas is entitled to injunctive relief, damages, and any other relief in accordance with 35 U.S.C. §§ 283, 284, and 285 for Defendant's direct infringement of the '848 Patent.

**COUNT VI – INDIRECT INFRINGEMENT OF THE '848 PATENT**

155. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

156. As set forth above, Defendant has had knowledge of Brivas' patents, including the '869 Patent since the filing of this Complaint.

157. As set forth with respect to Count V, at least Defendant's Face Check software is implemented and controlled by Defendant on its applications, products, and services: Tinder, Hinge; Match; OkCupid; Plenty Of Fish; HER; BLK; and Upward, which directly infringes the '848 Patent. In addition to directly infringing the '848 Patent, Defendant has actively, knowingly, and intentionally induced and continues to induce direct infringement of the '848 Patent under 35 U.S.C. § 271(b) by requiring and instructing its customers to use or install the Face Check software in an infringing manner. For example, all the infringing functionalities discussed above are supported by Defendant through the resources on Defendant's websites cited above. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the process of Face Check for Tinder users)*;* Ex. 33, https://help.hinge.co/hc/en-

us/articles/45715796564243-Face-Check-Scan (explaining the process of Face Check for Hinge users); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (explaining the process of Face Check for OkCupid users); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (explaining the process of Face Check for Plenty of Fish users); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (explaining the process of Face Check for BLK users); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (explaining the process of Face Check for Upward users).

158. Defendant requires its customers to use the Face Check software and technology to access its applications. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Tinder a more authentic place."); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Hinge a more authentic place."); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make POF a more authentic place."); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make BLK a more authentic place."); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Upward a more authentic place.").

159. Defendant's websites further describe the benefits of the Face Check software for users, including to make Defendant's applications "a more authentic place." *See id.*

160. Defendant instructs and encourages its customers on how to use the core features of the Face Check software, including through direct communication on its applications, reference materials, guidelines, videos, and support contracts, all of which are intended to enable and encourage the infringing use of the Face Check software. *See* Ex. 43, https://www.help.tinder.com/hc/en-us/articles/360034941812-Photo-Verification (reference materials on Face Check for Tinder); Ex. 44, https://help.hinge.co/hc/en-us/articles/10303221435539-What-is-Selfie-Verification (reference materials on Face Check for Hinge); Ex. 34, https://okcupid-app.zendesk.com/hc/en-us/articles/22781075719195-How-does-Photo-Verification-work (reference materials on Face Check for OkCupid); Ex. 45, https://help.pof.com/hc/en-us/articles/41816318598427-Selfie-Verification (reference materials on Face Check for Plenty of Fish); Ex. 46, https://help.blk-app.com/hc/en-us/articles/15805618439579-How-Does-Selfie-Verification-Work (reference materials on Face Check for BLK); Ex. 47, https://help.upward-app.com/hc/en-us/articles/16602617732635-How-Does-Selfie-Verification-Work (reference materials on Face Check for Upward).

161. Defendant's indirect infringement of the '848 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty. Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by the Court.

162. Pursuant to 35 U.S.C. §§ 283, 284, and 285, Brivas is entitled to injunctive relief, damages, and attorney's fees, and costs.

## **COUNT VII – DIRECT INFRINGEMENT OF THE '203 PATENT**

163. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

164. Defendant has infringed and continues to directly infringe at least claim 1 of the ’203 Patent in violation of 35 U.S.C. 271(a) by making, using, selling, and offering for sale in the Unites States, Texas, and this District the Face Check software operated and controlled by Defendant on its applications: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; Upward; and more, without the permission, consent, authorization, or license of Brivas.

165. Defendant’s infringement is based upon literal infringement, infringement under the doctrine of equivalents, or both.

166. Defendant directly infringes the claimed methods and apparatuses because it hosts, operates, stores, and controls Face Check software on Defendant’s applications, including: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, thereby performing the steps of the claimed method and system. Defendant directly infringes the claims method and apparatuses because it owns, assembles, operates, stores, and controls the systems that provide Face Check to its customers. Customers do not deploy, install, or run Face Check on their own servers. Instead, Face Check data is stored on and within Defendant’s cloud and servers.

167. By way of example of Defendant’s infringement of the ’203 Patent, Defendant, along with its subsidiaries owned and controlled by Defendant, meet all the limitations of at least Claim 1 of the ’203 Patent.

168. Defendant’s Face Check software transmits to a server from the user’s device, an authentication request of the user, executing a procedure that requests the user to perform an act that involves a liveness relative movement between the user and camera. The request contains biometric information captured from the user’s 3D Liveness Check and face scan, gathering

facial geometry, FaceMap, and FaceVectors. Defendant receives the biometric information and stores on Defendant's servers hosted on AWS. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the requirement and request to receive a user's biometric data on Tinder, stored on Defendant's AWS servers); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the requirement and request to receive a user's biometric data on Hinge, stored on Defendant's AWS servers); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on OkCupid, stored on Defendant's AWS servers); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Plenty of Fish, stored on Defendant's AWS servers); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on BLK, stored on Defendant's AWS servers); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Upward, stored on Defendant's AWS servers).

169. Defendant's Face Check receives from a server an instruction that requests the device to perform a procedure, causing the user to perform an act involving a liveness relative movement between the user and the camera. Defendant's Face Check technology receives an action request from a server that requests the device to perform a series of movements, or a procedure, and requires the user to perform and record a facial scan by taking a video selfie and Liveness Check. The facial scan may require the user to "frame" their face or "move closer." Defendant uses FaceTec's 3D liveness technology, stored on Defendant's servers. *See* Ex. 16,

https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative movement between the user and the camera); *see also* Ex. 32, https://www.facetec.com/ (showing the Face Check functionality).

170. Defendant's Face Check observes the user on the user's device performing the act requested by the procedure where sets of fiducial points are captured. *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check observing the user perform the movement act); *see also* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the Defendant capturing fiducial marks after relative movement including "facial geometry," generating a FaceMap and FaceVector) ); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same).

171. Defendant's Face Check technology and software transmit real-time information pertaining to the act requested by the procedure of the user to the server, including the set of the captured fiducial points, for verification of the user authentication. "The Liveness Check scans the face in [the user's] video and helps [Defendant] determine whether the video was taken by a real, live person" and the user's "video selfie is assessed to ensure" that the user is "a real person." Further, the user's "FaceVector is compared to FaceVectors for other accounts to ensure that no other profile is using [the user's] likeness." The user is then verified and

authenticated. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing Defendant's Liveness to Check on Tinder); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same on OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same on Upward); *see also* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the "Photo Verified badge" authentication on Tinder); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the "Photo Verified badge" authentication on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (showing the "Photo Verified badge" authentication OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the "Photo Verified badge" authentication on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the "Photo Verified badge" authentication on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the "Photo Verified badge" authentication on Upward).

172. Defendant's direct infringement of the '203 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty.

173. Defendant has had knowledge of Brivas' patents, including the '203 Patent since the filing of this Complaint. Defendant's continued actions are willful, blatant, and in egregious disregard for Brivas' patent rights.

174. Defendant's post-suit willful infringement is causing damage and irreparable injury to Brivas, and Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

175. Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '203 Patent, justifying an award to Brivas of increased damages under 35 U.S.C. § 284, and attorney's fees and costs incurred under 35 U.S.C. § 285.

176. Brivas is entitled to injunctive relief, damages, and any other relief in accordance with 35 U.S.C. §§ 283, 284, and 285 for Defendant's direct infringement of the '203 Patent.

**COUNT VIII – INDIRECT INFRINGEMENT OF THE '203 PATENT**

177. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

178. As set forth above, Defendant has had knowledge of Brivas' patents, including the '203 Patent since the filing of this Complaint.

179. As set forth with respect to Count VII, at least Defendant's Face Check software is implemented and controlled by Defendant on its applications, products, and services: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, which directly infringes the '203 Patent. In addition to directly infringing the '203 Patent, Defendant has actively, knowingly, and intentionally induced and continues to induce direct infringement of the '203 Patent under 35 U.S.C. § 271(b) by requiring and instructing its customers to use or install the Face Check software in an infringing manner. For example, all the infringing functionalities discussed above are supported by Defendant through the resources on Defendant's websites cited above. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the process of Face Check for Tinder users); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-

Face-Check-Scan (explaining the process of Face Check for Hinge users); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (explaining the process of Face Check for OkCupid users); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (explaining the process of Face Check for Plenty of Fish users); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (explaining the process of Face Check for BLK users); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (explaining the process of Face Check for Upward users).

180. Defendant requires its customers to use the Face Check software and technology to access its applications. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Tinder a more authentic place."); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Hinge a more authentic place."); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make POF a more authentic place."); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make BLK a more authentic place."); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Upward a more authentic place.").

181. Defendant's websites further describe the benefits of the Face Check software for users, including to make Defendant's applications "a more authentic place." *See id.*

182. Defendant instructs and encourages its customers on how to use the core features of the Face Check software, including through direct communication on its applications, reference materials, guidelines, videos, and support contracts, all of which are intended to enable and encourage the infringing use of the Face Check software. *See* Ex. 43, https://www.help.tinder.com/hc/en-us/articles/360034941812-Photo-Verification (reference materials on Face Check for Tinder); Ex. 44, https://help.hinge.co/hc/en-us/articles/10303221435539-What-is-Selfie-Verification (reference materials on Face Check for Hinge); Ex. 34, https://okcupid-app.zendesk.com/hc/en-us/articles/22781075719195-How-does-Photo-Verification-work (reference materials on Face Check for OkCupid); Ex. 45, https://help.pof.com/hc/en-us/articles/41816318598427-Selfie-Verification (reference materials on Face Check for Plenty of Fish); Ex. 46, https://help.blk-app.com/hc/en-us/articles/15805618439579-How-Does-Selfie-Verification-Work (reference materials on Face Check for BLK); Ex. 47, https://help.upward-app.com/hc/en-us/articles/16602617732635-How-Does-Selfie-Verification-Work (reference materials on Face Check for Upward).

183. Defendant is also liable for contributory infringement of the '203 Patent pursuant to 35 U.S.C. § 271(c) by knowing or being willfully blind to the fact that it is contributing to infringement of the '203 Patent by offering to sell and selling in the United States, Texas, and this District, Defendant's Face Check software and services on applications controlled by Defendant including, but not limited to: Tinder; Hinge; OkCupid; Plenty Of Fish; BLK; and Upward. The user of the Face Check software and services directly infringes the '203 Patent when it uses software by installing it on their device, such as phone, tablet, or laptop. The Face

Check software is not a staple article or commodity of commerce suitable for substantial non-infringing use because it is built and designed in a manner described above in a manner that is required to infringe the ’203 Patent. For example, to the extent that a customer provides an apparatus that stores the Face Check software, they infringe the ‘203 Patent because the purpose of the Face Check software is to be downloaded and installed on a user’s device. As such, the Face Check software is especially adapted to infringe because to be used it must be installed by the user.

184. Defendant’s indirect infringement of the ’203 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty. Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by the Court.

185. Pursuant to 35 U.S.C. §§ 283, 284, and 285, Brivas is entitled to injunctive relief, damages, and attorney’s fees, and costs.

**COUNT IX – DIRECT INFRINGEMENT OF THE ’362 PATENT**

186. Brivas restates, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

187. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

188. Defendant has infringed and continues to directly infringe at least claim 1 of the ’362 Patent in violation of 35 U.S.C. 271(a) by making, using, importing, selling, and offering for sale in the Unites States, Texas, and this District the Face Check software operated and controlled by Defendant on its applications: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; Upward; and more, without the permission, consent, authorization, or license of Brivas.

189. Defendant's infringement is based upon literal infringement, infringement under the doctrine of equivalents, or both.

190. Defendant directly infringes the claimed methods and systems because it hosts, operates, stores, and controls Face Check software on Defendant's applications, including: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, thereby performing the steps of the claimed method and system. Defendant directly infringes the claims method and system because it owns, assembles, operates, stores, and controls the systems that provide Face Check to its customers. Customers do not deploy, install, or run Face Check on their own servers. Instead, Face Check data is stored on and within Defendant's cloud and servers.

191. By way of example of Defendant's infringement of the '362 Patent, Defendant, along with its subsidiaries owned and controlled by Defendant, meet all the limitations of at least Claim 1 of the '362 Patent.

192. Defendant's Face Check software transmits to a server from the user's device, an authentication request of the user, executing a procedure that requests the user to perform an act that involves a liveness relative movement between the user and camera. The request contains biometric information captured from the user's 3D Liveness Check and face scan, gathering facial geometry, FaceMap, and FaceVectors. Defendant receives the biometric information and stores on Defendant's servers hosted on AWS. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the requirement and request to receive a user's biometric data on Tinder, stored on Defendant's AWS servers); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the requirement and request to receive a user's biometric data on Hinge, stored on Defendant's AWS servers); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-

Check-FAQ (showing the requirement and request to receive a user's biometric data on OkCupid, stored on Defendant's AWS servers); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Plenty of Fish, stored on Defendant's AWS servers); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on BLK, stored on Defendant's AWS servers); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Upward, stored on Defendant's AWS servers).

193. Defendant's Face Check receives from a server an instruction that requests the device to perform a procedure, causing the user to perform an act involving a liveness relative movement between the user and the camera. Defendant's Face Check technology receives an action request from a server that requests the device to perform a series of movements, or a procedure, and requires the user to perform and record a facial scan by taking a video selfie and Liveness Check. The facial scan may require the user to "frame" their face or "move closer." Defendant uses FaceTec's 3D liveness technology, stored on Defendant's servers. *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative movement between the user and the camera); *see also* Ex. 32, https://www.facetec.com/ (showing the Face Check functionality).

194. Defendant's Face Check observes the user on the user's device performing the act requested by the procedure where sets of fiducial points are captured, and the performance by the user of the act can is determined by Face Check. *See* Ex. 16,

https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check observing the user perform the movement act); *see also* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the Defendant capturing fiducial marks after relative movement including "facial geometry," generating a FaceMap and FaceVector) ); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same).

195. Defendant's Face Check technology and software transmits real-time information pertaining to the act requested by the procedure of the user to the server, including the set of the captured fiducial points, for verification of the user's authentication. "The Liveness Check scans the face in [the user's] video and helps [Defendant] determine whether the video was taken by a real, live person" and the user's "video selfie is assessed to ensure" that the user is "a real person." Further, the user's "FaceVector is compared to FaceVectors for other accounts to ensure that no other profile is using [the user's] likeness." The user is then verified and authenticated. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing Defendant's Liveness to Check on Tinder); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same on OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ

(same on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same on Upward); *see also* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the "Photo Verified badge" authentication on Tinder; Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the "Photo Verified badge" authentication on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (showing the "Photo Verified badge" authentication OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the "Photo Verified badge" authentication on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the "Photo Verified badge" authentication on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the "Photo Verified badge" authentication on Upward).

196. Defendant's direct infringement of the '362 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty.

197. Defendant has had knowledge of Brivas' patents, including the '362 Patent since the filing of this Complaint. Defendant's continued actions are willful, blatant, and in egregious disregard for Brivas' patent rights.

198. Defendant's post-suit willful infringement is causing damage and irreparable injury to Brivas, and Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

199. Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '362 Patent, justifying an award to Brivas of increased damages under 35 U.S.C. § 284, and attorney's fees and costs incurred under 35 U.S.C. § 285.

200. Brivas is entitled to injunctive relief, damages, and any other relief in accordance with 35 U.S.C. §§ 283, 284, and 285 for Defendant's direct infringement of the '362 Patent.

**COUNT X – INDIRECT INFRINGEMENT OF THE '362 PATENT**

201. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

202. As set forth above, Defendant has had knowledge of Brivas' patents, including the '869 Patent since the filing of this Complaint.

203. As set forth with respect to Count IX, at least Defendant's Face Check software is implemented and controlled by Defendant on its applications, products, and services: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, which directly infringes the '362 Patent. In addition to directly infringing the '362 Patent, Defendant has actively, knowingly, and intentionally induced and continues to induce direct infringement of the '362 Patent under 35 U.S.C. § 271(b) by requiring and instructing its customers to use or install the Face Check software in an infringing manner. For example, all the infringing functionalities discussed above are supported by Defendant through the resources on Defendant's websites cited above. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the process of Face Check for Tinder users); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (explaining the process of Face Check for Hinge users); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (explaining the process of Face Check for OkCupid users); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (explaining the process of Face Check for Plenty of Fish users); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (explaining the process of Face Check for BLK users); Ex. 38, https://help.upward-

app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (explaining the process of Face Check for Upward users).

204. Defendant requires its customers to use the Face Check software and technology to access its applications. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Tinder a more authentic place."); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Hinge a more authentic place."); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make POF a more authentic place."); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make BLK a more authentic place."); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Upward a more authentic place.").

205. Defendant's websites further describe the benefits of the Face Check software for users, including to make Defendant's applications "a more authentic place." *See id.*

206. Defendant instructs and encourages its customers on how to use the core features of the Face Check software, including through direct communication on its applications, reference materials, guidelines, videos, and support contracts, all of which are intended to enable and encourage the infringing use of the Face Check software. *See* Ex. 43, https://www.help.tinder.com/hc/en-us/articles/360034941812-Photo-Verification (reference

materials on Face Check for Tinder); Ex. 44, https://help.hinge.co/hc/en-us/articles/10303221435539-What-is-Selfie-Verification (reference materials on Face Check for Hinge); Ex. 34, https://okcupid-app.zendesk.com/hc/en-us/articles/22781075719195-How-does-Photo-Verification-work (reference materials on Face Check for OkCupid); Ex. 45, https://help.pof.com/hc/en-us/articles/41816318598427-Selfie-Verification (reference materials on Face Check for Plenty of Fish); Ex. 46, https://help.blk-app.com/hc/en-us/articles/15805618439579-How-Does-Selfie-Verification-Work (reference materials on Face Check for BLK); Ex. 47, https://help.upward-app.com/hc/en-us/articles/16602617732635-How-Does-Selfie-Verification-Work (reference materials on Face Check for Upward).

207. Defendant is also liable for contributory infringement of the ’362 Patent pursuant to 35 U.S.C. § 271(c) by knowing or being willfully blind to the fact that it is contributing to infringement of the 362 Patent by offering to sell and selling in the United States, Texas, and this District, Defendant’s Face Check software and services on applications controlled by Defendant including, but not limited to: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward. The user of the Face Check software and services directly infringes the ‘362 Patent when it uses software by installing it on their device, such as phone, tablet, or laptop. The Face Check software is not a staple article or commodity of commerce suitable for substantial non-infringing use because it is built and designed in a manner described above in a manner that is required to infringe the ’362 Patent. For example, to the extent that a customer provides an apparatus that stores the Face Check software, they infringe the ‘362 Patent because the purpose of the Face Check software is to be downloaded and installed on a user’s device. As such, the Face Check software is especially adapted to infringe because to be used it must be installed by the user.

208. Defendant's indirect infringement of the '362 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty. Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by the Court.

209. Pursuant to 35 U.S.C. §§ 283, 284, and 285, Brivas is entitled to injunctive relief, damages, and attorney's fees, and costs.

**COUNT XI – DIRECT INFRINGEMENT OF THE '601 PATENT**

210. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

211. Brivas restates, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

212. Defendant has infringed and continues to directly infringe at least claim 1 of the '601 Patent in violation of 35 U.S.C. 271(a) by using in the Unites States, Texas, and this District, the Face Check software operated and controlled by Defendant on its applications: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; Upward; and more, without the permission, consent, authorization, or license of Brivas.

213. Defendant's infringement is based upon literal infringement, infringement under the doctrine of equivalents, or both.

214. Defendant directly infringes the claimed methods and systems because it hosts, operates, stores, and controls Face Check software on Defendant's applications, including: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, thereby performing the steps of the claimed method and system. Defendant directly infringes the claims method and system because it owns, assembles, operates, stores, and controls the systems that provide Face Check to its

customers. Customers do not deploy, install, or run Face Check on their own servers. Instead, Face Check data is stored on and within Defendant's cloud and servers.

215. By way of example of Defendant's infringement of the '601 Patent, Defendant, along with its subsidiaries owned and controlled by Defendant, meet all the limitations of at least Claim 1 of the '601 Patent.

216. Defendant's Face Check technology and software is a control system entity assessment of an entity at a first user terminal using a gesture control system and a facial recognition system operable to access the user. The user account includes a set of identifying characteristics relating to a registered user, and the Face Check control system includes a gesture recognition system programmed to perform procedures. Defendant operates Face Check as a control system for users connected to a data network, including but not limited to: Tinder, Hinge, OkCupid, Plenty of Fish, BLK, and Upward. Defendant stores user accounts with identifying characteristics in databases on at least: Tinder, Hinge, OkCupid, Plenty of Fish, BLK, and Upward. The Face Check control system includes a gesture recognition system to perform a verification flow procedure. Verification results and facial verification information are associated with those accounts. Stored Verification Data can later be used to confirm Face Check status, detect duplicate accounts, and verify new profile photos. *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative movement between the user and the camera as a procedure); *see also* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the requirement and request to receive a user's biometric data on Tinder associated with a user's account); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-

Check-Scan (showing the requirement and request to receive a user's biometric data on Hinge associated with a user's account); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on OkCupid associated with a user's account); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Plenty of Fish associated with a user's accounts); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on BLK associated with a user's account); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Upward associated with a user's account); Ex. 48, https://www.help.tinder.com/hc/en-gb/articles/17623691184781-Restore-your-profile (showing Tinder's data retention policy, storing user accounts with identifying characteristics from Face Check); Ex. 49, https://hinge.co/privacy (showing Hinge's data retention policy, storing user accounts with identifying characteristics from Face Check); Ex. 50, https://okcupid-app.zendesk.com/hc/en-us/articles/22780694078491-Privacy-Policy (showing OkCupid's data retention policy, storing user accounts with identifying characteristics from Face Check); Ex. 51, https://policies.pof.com/privacypolicy/ (showing Plenty of Fish's data retention policy, storing user accounts with identifying characteristics from Face Check); Ex. 52, https://www.blk-app.com/masp/en-us/blk/privacy-policy (showing BLK's data retention policy, storing user accounts with identifying characteristics from Face Check); Ex. 53, https://www.upward-app.com/masp/en-us/upward/privacy-policy (showing Upwards's data retention policy, storing user accounts with identifying characteristics from Face Check).

217. Defendant's Face Check invokes or facilitates the transmission of an unpredictable challenge prompt to the user device and prompts performance of visible prompted response actions. The prompts describe or portray the visible prompted actions to be performed by the user. For example, Face Check prompts the performance of visible prompted response actions such as "Frame your face" and "Move closer." *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative movement between the user and the camera).

218. Defendant captures at least one video recording of the user's performance. Defendant uploads an "encrypted 3D video scan" of the video recording of the user's performance. *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative movement between the user and the camera).

219. Defendant performs an automated assessment of the video selfie recording and generates an assessment signal by the gesture recognition system indicative of whether the user validly performed the prompted action, including a positive or negative indication. Defendant's Face Check "technology detects [the user's] face in [the user's] video selfie and [the user's] profile photos and uses [the user's] facial geometry ('FaceMap') to generate a unique number ('FaceVector')." The FaceMap is used to "help check whether the person in your video selfie appears to be the same person as in your profile photos," where the user's profile photos are the baseline biometric information. Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/; *see also* Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-

Check-Scan; Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ; Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ; Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ; Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ.

220. Defendant's Face Check technology and software determines whether the user's video selfie shows a live, real person based on the user's video selfie. "The Liveness Check scans the face in [the user's] video and helps [Defendant] determine whether the video was taken by a real, live person" and the user's "video selfie is assessed to ensure" that the user is "a real person." Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing Defendant's Liveness to Check on Tinder); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same on OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same on Upward).

221. Defendant's direct infringement of the '601 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty.

222. Defendant has had knowledge of Brivas' patents, including the '601 Patent since the filing of this Complaint. Defendant's continued actions are willful, blatant, and in egregious disregard for Brivas' patent rights.

223. Defendant's willful infringement post-suit willful infringement is causing damage and irreparable injury to Brivas, and Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

224. Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '601 Patent, justifying an award to Brivas of increased damages under 35 U.S.C. § 284, and attorney's fees and costs incurred under 35 U.S.C. § 285.

225. Brivas is entitled to injunctive relief, damages, and any other relief in accordance with 35 U.S.C. §§ 283, 284, and 285 for Defendant's direct infringement of the '601 Patent.

**COUNT XII – INDIRECT INFRINGEMENT OF THE '601 PATENT**

226. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

227. As set forth above, Defendant has had knowledge of Brivas' patents, including the '869 Patent since the filing of this Complaint.

228. As set forth with respect to Count XI, at least Defendant's Face Check software is implemented and controlled by Defendant on its applications, products, and services: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, which directly infringes the '601 Patent. In addition to directly infringing the '601 Patent, Defendant has actively, knowingly, and intentionally induced and continues to induce direct infringement of the '601 Patent under 35 U.S.C. § 271(b) by requiring and instructing its customers to use or install the Face Check software in an infringing manner. For example, all the infringing functionalities discussed above are supported by Defendant through the resources on Defendant's websites cited above. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the process of Face Check for Tinder users); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-

Face-Check-Scan (explaining the process of Face Check for Hinge users); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (explaining the process of Face Check for OkCupid users); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (explaining the process of Face Check for Plenty of Fish users); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (explaining the process of Face Check for BLK users); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (explaining the process of Face Check for Upward users).

229. Defendant requires its customers to use the Face Check software and technology to access its applications. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Tinder a more authentic place."); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Hinge a more authentic place."); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make POF a more authentic place."); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make BLK a more authentic place."); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Upward a more authentic place.").

230. Defendant's websites further describe the benefits of the Face Check software for users, including to make Defendant's applications "a more authentic place." *See id.*

231. Defendant instructs and encourages its customers on how to use the core features of the Face Check software, including through direct communication on its applications, reference materials, guidelines, videos, and support contracts, all of which are intended to enable and encourage the infringing use of the Face Check software. *See* Ex. 43, https://www.help.tinder.com/hc/en-us/articles/360034941812-Photo-Verification (reference materials on Face Check for Tinder); Ex. 44, https://help.hinge.co/hc/en-us/articles/10303221435539-What-is-Selfie-Verification (reference materials on Face Check for Hinge); Ex. 34, https://okcupid-app.zendesk.com/hc/en-us/articles/22781075719195-How-does-Photo-Verification-work (reference materials on Face Check for OkCupid); Ex. 45, https://help.pof.com/hc/en-us/articles/41816318598427-Selfie-Verification (reference materials on Face Check for Plenty of Fish); Ex. 46, https://help.blk-app.com/hc/en-us/articles/15805618439579-How-Does-Selfie-Verification-Work (reference materials on Face Check for BLK); Ex. 47, https://help.upward-app.com/hc/en-us/articles/16602617732635-How-Does-Selfie-Verification-Work (reference materials on Face Check for Upward).

232. Defendant's indirect infringement of the '601 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty. Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by the Court.

233. Pursuant to 35 U.S.C. §§ 283, 284, and 285, Brivas is entitled to injunctive relief, damages, and attorney's fees, and costs.

## COUNT XIII – DIRECT INFRINGEMENT OF THE '693 PATENT

234. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

235. Defendant has infringed and continues to directly infringe at least claim 1 of the ’693 Patent in violation of 35 U.S.C. 271(a) by using, in the Unites States, Texas, and this District, the Face Check software operated and controlled by Defendant on its applications: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; Upward; and more, without the permission, consent, authorization, or license of Brivas.

236. Defendant’s infringement is based upon literal infringement, infringement under the doctrine of equivalents, or both.

237. Defendant directly infringes the claimed methods and systems because it hosts, operates, stores, and controls Face Check software on Defendant’s applications, including: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, thereby performing the steps of the claimed method and system. Defendant directly infringes the claims method and system because it owns, assembles, operates, stores, and controls the systems that provide Face Check to its customers. Customers do not deploy, install, or run Face Check on their own servers. Instead, Face Check data is stored on and within Defendant’s cloud and servers.

238. By way of example of Defendant’s infringement of the ’693 Patent, Defendant, along with its subsidiaries owned and controlled by Defendant, meet all the limitations of at least Claim 1 of the ’693 Patent.

239. Defendant’s Face Check software provides an authentication request to a user on a user device where the authentication requests require the user to perform and record an act that involves a liveness relative movement between the user and the camera of the user’s device. The request contains biometric information captured from the user’s 3D Liveness Check and face

scan, gathering facial geometry, FaceMap, and FaceVectors. Defendant receives the biometric information and stores on Defendant's servers hosted on AWS. Defendant's Face Check receives from a server an instruction for the user to perform an act involving relative movement between the user and the camera. Defendant's Face Check technology receives an action request that requires the user to perform and record a facial scan by taking a video selfie. The facial scan may require the user to "frame" their face or "move closer." Defendant uses FaceTec's 3D liveness technology, stored on Defendant's servers. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the requirement and request to receive a user's biometric data on Tinder, stored on Defendant's AWS servers); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the requirement and request to receive a user's biometric data on Hinge, stored on Defendant's AWS servers); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on OkCupid, stored on Defendant's AWS servers); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Plenty of Fish, stored on Defendant's AWS servers); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on BLK, stored on Defendant's AWS servers); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Upward, stored on Defendant's AWS servers); *see also* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative

movement between the user and the camera); Ex. 32, https://www.facetec.com/ (showing the Face Check functionality).

240. Defendant's Face Check receives a recording that has captured fiducial points from the user performing the act. *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check observing the user perform the movement act); Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the Defendant capturing fiducial marks after relative movement including "facial geometry," generating a FaceMap and FaceVector) ); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same).

241. Defendant's Face Check technology and software determines whether the recording indicted a live performance of the user's act, based on at least the recording of the fiducial points. "The Liveness Check scans the face in [the user's] video and helps [Defendant] determine whether the video was taken by a real, live person" and the user's "video selfie is assessed to ensure" that the user is "a real person." Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing Defendant's Liveness to Check on Tinder); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same on OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ

(same on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same on Upward).

242. Defendant's Face Check technology and software authenticates the user based on at least the recording. Defendant provides access to their resources,, including on at least Defendant's applications: Tinder; Hinge; Plenty of Fish; BLK; and Upward, based on the authentication and determination of the recording indicating whether the recording was a user's live performance. Face Check verifies and authenticates that the user's video selfie was performed by a live, real person by confirming that the biometric information from the user matches the user's baseline biometric information (the user's profile photo) through the Liveness Check and 3D Face Authentication verification. After the user successfully completes the video selfie process and uploads a "clear solo face photo that matches the face in [the user's] video selfie," Defendant automatically gives the user a "Photo Verified badge" thereby receiving authentication of the user from Face Check. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/. After the user completes the required Face Check, Defendant's provides the user access to Defendant's application based on the verified authentication. "If the scanned face matches a profile photo, members receive [Defendant's] Photo Verified badge, signaling to others that they have been authenticated." *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety; *see also* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the "Photo Verified badge" authentication on Tinder; Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the "Photo Verified badge"

authentication on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (showing the "Photo Verified badge" authentication OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the "Photo Verified badge" authentication on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the "Photo Verified badge" authentication on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the "Photo Verified badge" authentication on Upward).

243. Defendant's direct infringement of the '693 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty.

244. Defendant has had knowledge of Brivas' patents, including the '693 Patent since the filing of this Complaint. Defendant's continued actions are willful, blatant, and in egregious disregard for Brivas' patent rights.

245. Defendant's post-suit willful infringement is causing damage and irreparable injury to Brivas, and Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

246. Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '693 Patent, justifying an award to Brivas of increased damages under 35 U.S.C. § 284, and attorney's fees and costs incurred under 35 U.S.C. § 285.

247. Brivas is entitled to injunctive relief, damages, and any other relief in accordance with 35 U.S.C. §§ 283, 284, and 285 for Defendant's direct infringement of the '693 Patent

**COUNT XIV – INDIRECT INFRINGEMENT OF THE '693 PATENT**

248. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

249. As set forth above, Defendant has had knowledge of Brivas' patents, including the '869 Patent since the filing of this Complaint.

250. As set forth with respect to Count XIII, at least Defendant's Face Check software is implemented and controlled by Defendant on its applications, products, and services: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, which directly infringes the '693 Patent. In addition to directly infringing the '693 Patent, Defendant has actively, knowingly, and intentionally induced and continues to induce direct infringement of the '693 Patent under 35 U.S.C. § 271(b) by requiring and instructing its customers to use or install the Face Check software in an infringing manner. For example, all the infringing functionalities discussed above are supported by Defendant through the resources on Defendant's websites cited above. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the process of Face Check for Tinder users)*;* Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (explaining the process of Face Check for Hinge users); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (explaining the process of Face Check for OkCupid users); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (explaining the process of Face Check for Plenty of Fish users); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (explaining the process of Face Check for BLK users); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (explaining the process of Face Check for Upward users).

251. Defendant requires its customers to use the Face Check software and technology to access its applications. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Tinder a more authentic place."); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Hinge a more authentic place."); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make POF a more authentic place."); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make BLK a more authentic place."); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Upward a more authentic place.").

252. Defendant's websites further describe the benefits of the Face Check software for users, including to make Defendant's applications "a more authentic place." *See id.*

253. Defendant instructs and encourages its customers on how to use the core features of the Face Check software, including through direct communication on its applications, reference materials, guidelines, videos, and support contracts, all of which are intended to enable and encourage the infringing use of the Face Check software. *See* Ex. 43, https://www.help.tinder.com/hc/en-us/articles/360034941812-Photo-Verification (reference materials on Face Check for Tinder); Ex. 44, https://help.hinge.co/hc/en-us/articles/10303221435539-What-is-Selfie-Verification (reference materials on Face Check for

Hinge); Ex. 34, https://okcupid-app.zendesk.com/hc/en-us/articles/22781075719195-How-does-Photo-Verification-work (reference materials on Face Check for OkCupid); Ex. 45, https://help.pof.com/hc/en-us/articles/41816318598427-Selfie-Verification (reference materials on Face Check for Plenty of Fish); Ex. 46, https://help.blk-app.com/hc/en-us/articles/15805618439579-How-Does-Selfie-Verification-Work (reference materials on Face Check for BLK); Ex. 47, https://help.upward-app.com/hc/en-us/articles/16602617732635-How-Does-Selfie-Verification-Work (reference materials on Face Check for Upward).

254. Defendant is also liable for contributory infringement of the ’693 Patent pursuant to 35 U.S.C. § 271(c) by knowing or being willfully blind to the fact that it is contributing to infringement of the ’693 Patent by offering to sell and selling in the United States, Texas, and this District, Defendant’s Face Check software and services on applications controlled by Defendant including but not limited to: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward. The user of the Face Check software and services directly infringes the ‘693 Patent when it uses software by installing it on their device, such as phone, tablet, or laptop. The Face Check software is not a staple article or commodity of commerce suitable for substantial non-infringing use because it is built and designed in a manner described above in a manner that is required to infringe the ’693 Patent. For example, to the extent that a customer provides a processor and memory that stores the Face Check software, they infringe the ‘693 Patent because the purpose of the Face Check software is to be downloaded and installed on a user’s device. As such, the Face Check software is especially adapted to infringe because to be used it must be installed by the user.

255. Defendant’s indirect infringement of the ’693 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty. Brivas

will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by the Court.

256. Pursuant to 35 U.S.C. §§ 283, 284, and 285, Brivas is entitled to injunctive relief, damages, and attorney's fees, and costs.

**COUNT XV – DIRECT INFRINGEMENT OF THE '869 PATENT**

257. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

258. Defendant has infringed and continues to directly infringe at least claim 1 of the '869 Patent in violation of 35 U.S.C. 271(a) by making, using, importing, selling, and offering for sale in the Unites States, Texas, and this District the Face Check software operated and controlled by Defendant on its applications: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; Upward; and more, without the permission, consent, authorization, or license of Brivas.

259. Defendant's infringement is based upon literal infringement, infringement under the doctrine of equivalents, or both.

260. Defendant directly infringes the claimed methods and systems because it hosts, operates, stores, and controls Face Check software on Defendant's applications, including: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, thereby performing the steps of the claimed method and system. Defendant directly infringes the claims method and system because it owns, assembles, operates, stores, and controls the systems that provide Face Check to its customers. Customers do not deploy, install, or run Face Check on their own servers. Instead, Face Check data is stored on and within Defendant's cloud and servers.

261. By way of example of Defendant's infringement of the '869 Patent, Defendant, along with its subsidiaries owned and controlled by Defendant, meet all the limitations of at least Claim 1 of the '869 Patent.

262. Defendant's Face Check software receives an authentication request that is uniquely associated with a particular user's account. The request contains biometric information captured from the user's 3D Liveness Check and face scan, gathering facial geometry, FaceMap, and FaceVectors. Defendant receives the biometric information and stores on Defendant's servers hosted on AWS. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the requirement and request to receive a user's biometric data on Tinder, stored on Defendant's AWS servers); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the requirement and request to receive a user's biometric data on Hinge, stored on Defendant's AWS servers); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on OkCupid, stored on Defendant's AWS servers); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Plenty of Fish, stored on Defendant's AWS servers); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on BLK, stored on Defendant's AWS servers); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the requirement and request to receive a user's biometric data on Upward, stored on Defendant's AWS servers).

263. Defendant's Face Check software determines whether the user's biometric information corresponds to the user's baseline biometric information associated with the user.

Defendant's Face Check "technology detects [the user's] face in [the user's] video selfie and [the user's] profile photos and uses [the user's] facial geometry ('FaceMap') to generate a unique number ('FaceVector')." The FaceMap is used to "help check whether the person in your video selfie appears to be the same person as in your profile photos," where the user's profile photos are the baseline biometric information. Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/; *see also* Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan; https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ; Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ; Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ; Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ.

264. Defendant's Face Check selects a predefined act involving relative movement between the user and the camera as a verification flow. Defendant's Face Check technology provides an action request to the user that requires the user to perform and record a facial scan by taking a video selfie. The facial scan may require the user to "frame" their face or "move closer." Defendant uses FaceTec's 3D liveness technology, stored on Defendant's servers. *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety (showing Face Check's verification flow selecting predefined acts of relative movement between the user and the camera); *see also* Ex. 32, https://www.facetec.com/ (showing the Face Check functionality).

265. Defendant receives the Face Check , including contextual data associated with the face scan recording from the user's device, and uploads it onto the Match Group server. The Liveness Check and 3D scanning "runs 100% on [Match Group's] [s]erver and the FaceScans/Maps are never sent to FaceTec." Ex. 30, https://dev.facetec.com/3d-liveness#audit-

trail-images. Defendant processes the contextual data associated with the metadata of the user's device, including but not limited to: IP address, device ID, device type, network information, device movement, sensor data, etc. *See* Ex. 30, https://dev.facetec.com/3d-liveness#audit-trail-images (showing the FaceScan run 100% on Defendant's server); https://policies.tinder.com/privacy/intl/en/ (showing Tinder's metadata storage); Ex. 49, https://hinge.co/privacy (showing Hinge's metadata storage); Ex. 50, https://okcupid-app.zendesk.com/hc/en-us/articles/22780694078491-Privacy-Policy (showing OkCupid's metadata storage); Ex. 51, https://policies.pof.com/privacypolicy/ (showing Plenty of Fish's metadata storage); Ex. 52, https://www.blk-app.com/masp/en-us/blk/privacy-policy (showing BLK's metadata storage); Ex. 53, https://www.upward-app.com/masp/en-us/upward/privacy-policy (showing Upward's metadata storage).

266. Defendant's Face Check technology and software determines whether the user's video selfie shows a live, real person based on the user's video selfie. "The Liveness Check scans the face in [the user's] video and helps [Defendant] determine whether the video was taken by a real, live person" and the user's "video selfie is assessed to ensure" that the user is "a real person." *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing Defendant's Liveness to Check on Tinder); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (same on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (same on OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (same on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (same on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (same on Upward).

267. Defendant's Face Check technology and software determines whether the contextual data is associated with the user including, but not limited to: IP address, device ID, device type, network information, device movement, sensor data, etc. *See* https://policies.tinder.com/privacy/intl/en/ (showing Tinder's metadata storage); Ex. 49, https://hinge.co/privacy (showing Hinge's metadata storage); Ex. 50, https://okcupid-app.zendesk.com/hc/en-us/articles/22780694078491-Privacy-Policy (showing OkCupid's metadata storage); Ex. 51, https://policies.pof.com/privacypolicy/ (showing Plenty of Fish's metadata storage); Ex. 52, https://www.blk-app.com/masp/en-us/blk/privacy-policy (showing BLK's metadata storage); Ex. 53, https://www.upward-app.com/masp/en-us/upward/privacy-policy (showing Upward's metadata storage).

268. Defendant's Face Check technology and software authenticate the user on an application, including at least Defendant's applications: Tinder; Hinge; Plenty of Fish; BLK; and Upward. Face Check verifies and authenticates that the user's video selfie was performed by a live, real person by confirming that the biometric information from the user matches the user's baseline biometric information (the user's profile photo) through the Liveness Check and 3D Face Authentication verification. After the user successfully completes the video selfie process and uploads a "clear solo face photo that matches the face in [the user's] video selfie," Defendant automatically gives the user a "Photo Verified badge" thereby authenticating the user. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/. After the user completes the required Face Check, Defendant's provides the user access to Defendant's application based on the verified authentication. "If the scanned face matches a profile photo, members receive [Defendant's] Photo Verified badge, signaling to others that they have been authenticated." *See* Ex. 16, https://www.tinderpressroom.com/2025-10-22-Tinder-to-Expand-Facial-Verification-

Feature-Across-the-U-S-,-Setting-a-New-Standard-for-Dating-Safety. *see* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (showing the “Photo Verified badge” authentication on Tinder; Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (showing the “Photo Verified badge” authentication on Hinge); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (showing the “Photo Verified badge” authentication OkCupid); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (showing the “Photo Verified badge” authentication on Plenty of Fish); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (showing the “Photo Verified badge” authentication on BLK); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (showing the “Photo Verified badge” authentication on Upward).

269. Defendant’s direct infringement of the ’869 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty.

270. Defendant has had knowledge of Brivas’ patents, including the ’869 Patent since the filing of this Complaint. Defendant’s continued actions are willful, blatant, and in egregious disregard for Brivas’ patent rights.

271. Defendant’s willful infringement post-suit willful infringement is causing damage and irreparable injury to Brivas, and Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

272. Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the ’869 Patent, justifying an award to Brivas of increased damages under 35 U.S.C. § 284, and attorney’s fees and costs incurred under 35 U.S.C. § 285.

273. Brivas is entitled to injunctive relief, damages, and any other relief in accordance with 35 U.S.C. §§ 283, 284, and 285 for Defendant's direct infringement of the '869 Patent.

**COUNT XVI – INDIRECT INFRINGEMENT OF THE '869 PATENT**

274. Brivas repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

275. As set forth above, Defendant has had knowledge of Brivas' patents, including the '869 Patent since the filing of this Complaint.

276. As set forth with respect to Count XV, at least Defendant's Face Check software is implemented and controlled by Defendant on its applications, products, and services: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward, which directly infringes the '869 Patent. In addition to directly infringing the '869 Patent, Defendant has actively, knowingly, and intentionally induced and continues to induce direct infringement of the '869 Patent under 35 U.S.C. § 271(b) by requiring and instructing its customers to use or install the Face Check software in an infringing manner. For example, all the infringing functionalities discussed above are supported by Defendant through the resources on Defendant's websites cited above. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ (explaining the process of Face Check for Tinder users); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan (explaining the process of Face Check for Hinge users); Ex. 41, https://okcupid-app.zendesk.com/hc/en-us/articles/51602258614171-Face-Check-FAQ (explaining the process of Face Check for OkCupid users); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ (explaining the process of Face Check for Plenty of Fish users); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ (explaining the process of Face Check for BLK users); Ex. 38, https://help.upward-

app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ (explaining the process of Face Check for Upward users).

277. Defendant requires its customers to use the Face Check software and technology to access its applications. *See* Ex. 26, https://policies.tinder.com/faq-mandatory-liveness-check/intl/en/ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Tinder a more authentic place."); Ex. 33, https://help.hinge.co/hc/en-us/articles/45715796564243-Face-Check-Scan ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Hinge a more authentic place."); Ex. 37, https://help.pof.com/hc/en-us/articles/51602187111707-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make POF a more authentic place."); Ex. 36, https://help.blk-app.com/hc/en-us/articles/51602317825051-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make BLK a more authentic place."); Ex. 38, https://help.upward-app.com/hc/en-us/articles/51602397392027-Face-Check-FAQ ("We're requiring that users complete a biometric Face Check™ scan with a video selfie in order to help make Upward a more authentic place.").

278. Defendant's websites further describe the benefits of the Face Check software for users, including to make Defendant's applications "a more authentic place." *See id.*

279. Defendant instructs and encourages its customers on how to use the core features of the Face Check software, including through direct communication on its applications, reference materials, guidelines, videos, and support contracts, all of which are intended to enable and encourage the infringing use of the Face Check software. *See* Ex. 43, https://www.help.tinder.com/hc/en-us/articles/360034941812-Photo-Verification (reference

materials on Face Check for Tinder); Ex. 44, https://help.hinge.co/hc/en-us/articles/10303221435539-What-is-Selfie-Verification (reference materials on Face Check for Hinge); Ex. 34, https://okcupid-app.zendesk.com/hc/en-us/articles/22781075719195-How-does-Photo-Verification-work (reference materials on Face Check for OkCupid); Ex. 45, https://help.pof.com/hc/en-us/articles/41816318598427-Selfie-Verification (reference materials on Face Check for Plenty of Fish); Ex. 46, https://help.blk-app.com/hc/en-us/articles/15805618439579-How-Does-Selfie-Verification-Work (reference materials on Face Check for BLK); Ex. 47, https://help.upward-app.com/hc/en-us/articles/16602617732635-How-Does-Selfie-Verification-Work (reference materials on Face Check for Upward).Defendant is also liable for contributory infringement of the ’869 Patent pursuant to 35 U.S.C. § 271(c) by knowing or being willfully blind to the fact that it is contributing to infringement of the ’869 Patent by offering to sell and selling in the United States, Texas, and this District, Defendant’s Face Check software and services on applications controlled by Defendant including, but not limited to: Tinder; Hinge; OkCupid; Plenty of Fish; BLK; and Upward. The user of the Face Check software and services directly infringes the ‘869 Patent when it uses software by installing it on their device, such as phone, tablet, or laptop. The Face Check software is not a staple article or commodity of commerce suitable for substantial non-infringing use because it is built and designed in a manner described above in a manner that is required to infringe the ’869 Patent. For example, to the extent that a customer provides a hardware processor and memory that stores the Face Check software, they infringe the ‘693 Patent because the purpose of the Face Check software is to be downloaded and installed on a user’s device. As such, the Face Check software is especially adapted to infringe because to be used it must be installed by the user.

280. Defendant's indirect infringement of the '869 Patent has injured and continues to injure Brivas in an amount to be proven at trial, but not less than a reasonable royalty. Brivas will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by the Court.

281. Pursuant to 35 U.S.C. §§ 283, 284, and 285, Brivas is entitled to injunctive relief, damages, and attorney's fees, and costs.

## **PRAYER FOR RELIEF**

WHEREFORE, Brivas prays for relief and judgment as follows:

(A) an entry of judgment holding that Defendant has infringed and is infringing each of the Asserted Patents;

(B) an entry of judgment in favor of Brivas finding post-suit willful infringement as to the Asserted Patents;

(C) an entry of judgment that each of the Asserted Patents are valid and enforceable;

(D) a permanent injunction against Defendant and its officers, employees, agents, servants, attorneys, instrumentalities, and/or those in privity with them, from infringing the Asserted Patents and for all further and proper injunctive relief pursuant to 35 U.S.C. § 283;

(E) an award to Brivas of such damages as it shall prove at trial against Defendant that is adequate to fully compensate Brivas for Defendant's infringement of the Asserted Patents that will account for infringement up to trial based on the relevant information and financial data produced, where said damages will be no less than a reasonable royalty;

(F) a determination that the damages against Defendant be trebled or for any other basis within the Court's discretion pursuant to 35 U.S.C. § 284;

(G) a judgment and order awarding a compulsory ongoing royalty;

(H) a determination that this case is exceptional and an award to Brivas of its costs and reasonable attorney's fees, as provided by 35 U.S.C. § 285;

(I) an accounting of all infringing sales and revenues, together with post judgment interest and prejudgment interest from the first date of infringement of the Asserted Patents; and

(J) such further and other relief as the Court may deem proper and just.

Respectfully submitted,

Dated: September 17, 2026

By: */s/ Jon B. Hyland*

Jon B. Hyland (Bar Number: 24046131)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main St., Suite 5200
Dallas, TX 75202
Telephone: (214) 777-4224
jhyland@krcl.com

*Attorney for Plaintiff*,
Brivas II LLC

**DEMAND FOR JURY TRIAL**

Brivas demands a jury trial on all issues so triable.

Respectfully submitted,

Dated: September 17, 2026

By: */s/ Jon B. Hyland*

Jon B. Hyland (Bar Number: 24046131)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main St., Suite 5200
Dallas, TX 75202
Telephone: (214) 777-4224
jhyland@krcl.com

*Attorney for Plaintiff*,
Brivas II LLC